| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**DAZ Vineyards, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Demetria Estate Winery** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **57-1222479** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**6701 Foxen Canyon Road**<br>**Los Olivos, CA**<br>ZIP CODE   **93441** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Santa Barbara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 836**<br>**Los Olivos, CA**<br>ZIP CODE   **93441** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☑ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9    ☐ Chapter 12<br>                    ☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Form B1 (Official Form 1) (1/08)

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 2 |
| *(This page must be completed and filed in every case)* | DAZ Vineyards, LLC | |

| Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td colspan="2">

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td><td colspan="2">

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X  **Not Applicable**

_____    _____
Signature of Attorney for Debtor(s)         Date

</td></tr>
<tr><td colspan="2">

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

</td><td colspan="2">

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

</td></tr>
</table>

| Information Regarding the Debtor - Venue |
|---|
| (Check any applicable box) |

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

| Certification by a Debtor Who Resides as a Tenant of Residential Property |
|---|
| (Check all applicable boxes.) |

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 3 |
|---|---|---|
| *(This page must be completed and filed in every case)* | DAZ Vineyards, LLC | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **Not Applicable** _____<br>Signature of Debtor<br><br>X **Not Applicable** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | X **Not Applicable** _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X *William C. Beall* _____<br>Signature of Attorney for Debtor(s)<br><br>**William C. Beall**<br>Printed Name of Attorney for Debtor(s)<br><br>**Beall & Burkhardt**<br>Firm Name<br><br>**1114 State Street Suite 200**<br>Address<br><br>**Santa Barbara, CA 93101**<br><br>**(805) 966-6774**          **(805) 963-5988**<br>Telephone Number<br><br>**2/15/10**          **97100**<br>Date                Bar Number<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable** _____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X **Not Applicable** _____<br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *John Zahoudanis* _____<br>Signature of Authorized Individual<br><br>**John Zahoudanis**<br>Printed Name of Authorized Individual<br><br>**Manager**<br>Title of Authorized Individual<br><br>**2/15/10**<br>Date |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ☐ *Attorney for:* | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>**DAZ Vineyards, LLC**<br><br>Debtor. | CASE NO.:<br><br>CHAPTER:   **11**<br><br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☑ Petition, statement of affairs, schedules or lists      Date Filed: _____

☐ Amendments to petition, statement of affairs, schedules or lists    Date Filed: _____

☑ Other: **Other initial filing documents**      Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____       _2|15|10_____

Signature of Authorized Signatory of Filing Party      Date

**John Zahoudanis**
*Printed Name of Authorized Signatory of Filing Party*

**Manager**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____       _2|15|10_____

Signature of Attorney for Filing Party      Date

**William C. Beall**
*Printed Name of Attorney for Filing Party*

*November 2006*

# United States Bankruptcy Court

## Central District of California

In re:                                                    Case No. _____

                                                          Chapter   **11**

   **DAZ Vineyards, LLC**


# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

   I, **John Zahoudanis**, declare under penalty of perjury that I am the **Manager** of DAZ Vineyards, LLC, a **California** Partnership and that on **2/11/10** the following resolution was duly adopted by the **Centrium & Associates, LLC and DAZ Holdi** of this Partnership:


   "Whereas, it is in the best interest of this Partnership to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

   Be It Therefore Resolved, that **John Zahoudanis, Manager** of this Partnership, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Partnership; and


   Be It Further Resolved, that **John Zahoudanis, Manager** of this Partnership, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Partnership, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Partnership in connection with such bankruptcy case; and


   Be It Further Resolved, that **John Zahoudanis, Manager** of this Partnership, is authorized and directed to employ **William C. Beall**, attorney and the law firm of **Beall & Burkhardt** to represent the Partnership in such bankruptcy case."


Executed on:  2/15/10                    Signed: _____
                                                  John Zahoudanis

Form B4 (Official Form 4) - (12/07)                                                    2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| --- | --- |
| In re:  **DAZ Vineyards, LLC**<br><br>Debtor(s). | CHAPTER:  **11**<br>CASE NO.: |

## Form 4.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
| --- | --- | --- | --- | --- |
| **Sorenson & Sorenson, CPAs**<br>**2027 Village Lane**<br>**Suite 203**<br>**Solvang, CA 93463** | | | | $72,371.00 |
| **Nomblot Cuves**<br>**en baton depuis**<br>**1922 2 route de Beaune**<br>**71210 ECUISSES** | | | | $29,141.15 |
| **State Board of Equalization**<br>**3321 Power Inn Road**<br>**Suite 210**<br>**Sacramento, CA 95826-3889** | | | | $28,469.46 |
| **Finkle Newton Farming, Inc.**<br>**dba Coastal Vineyard Care**<br>**Associate**<br>**P.O. Box 1184**<br>**Santa Ynez, CA 93460** | | | | $24,959.35 |
| **Euro-Machines, Inc.**<br>**497 Edison Court, Suite G**<br>**Fairfield, CA 94534** | | | | $24,422.66 |
| **Jay's Landscapes, Inc.**<br>**4209 Carpinteria Avenue**<br>**Carpinteria, CA 93013-1805** | | | | $13,482.27 |

Form B4 (Official Form 4) - Continued (12/07)                                    2007 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:  **DAZ Vineyards, LLC**

|  | CHAPTER: **11** |
|---|---|
| Debtor(s). | CASE NO.: |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| **State of California Franchise Tax Board**<br>**Attention: Bankruptcy**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | | | | $12,212.48 |
| **Tonnellerie Claude Gillet**<br>**Pere et Fils**<br>**21190 Saint Romain, France** | | | | $8,142.81 |
| **Salud Ayala Farm Labor Contractor**<br>**P.O. Box 990**<br>**Selma, CA 93662** | | | | $8,088.00 |
| **Grgich Hills Cellar**<br>**P.O. Box 450**<br>**Rutherford, CA 94573** | | | | $6,000.00 |
| **Bel Air Tonnellerie**<br>**42 route de Creon**<br>**33360 CENAC** | | | | $5,748.70 |

Form B4 (Official Form 4) - Continued (12/07)                                    2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:  DAZ Vineyards, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

## Declaration Under Penalty of Perjury
## on Behalf of a Corporation or Partnership

I, John Zahoudanis Manager of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  2/15/10 _____

_____
John Zahoudanis ,Manager
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re:   **DAZ Vineyards, LLC**                                          Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Centrium & Associates, LLC**<br>**P.O. Box 836**<br>**Los Olivos, CA 93441** | | 1 | **Member** |
| **DAZ Holdings, LLC**<br>**P.O. Box 836**<br>**Los Olivos, CA 93441** | | 0 | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **John Zahoudanis**, **Manager** of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: _2/15/10_

_____
John Zahoudanis ,Manager
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

| Party Name, Address, and Telephone Number (CA State Bar No. If Applicable) | FOR COURT USE ONLY |
|---|---|
| William C. Beall<br>Beall & Burkhardt<br>1114 State Street<br>Suite 200<br>Santa Barbara, CA 93101<br><br>Phone: **(805) 966-6774**   Fax: **(805) 963-5988**<br>California State Bar Number: **97100**<br><br>*Attorney for* **DAZ Vineyards, LLC** | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **DAZ Vineyards, LLC**<br><br>                                   Debtor. | CHAPTER:                                    **11**<br><br>CASE NUMBER<br><br><br>(No Hearing Required) |
|---|---|

### VENUE DISCLOSURE FORM
### FOR PARTNERSHIPS FILING CHAPTER 11
### (Required by General Order 97-02)

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address(es) of the principal office(s) of the Debtor currently on file with the California Secretary of State (from Form LP1, LP5, or GP1):

   **P. O. Box 836, Los Olivos, CA 93441**


2. Specify the address of the principal office(s) of the Debtor listed on the Debtor's most recent federal tax return:

   **P. O. Box 836, Los Olivos, CA 93441**


3. Disclose the current business address(es) for the general partner(s) and all officers of the general partner(s):

   **P. O. Box 836, Los Olivos, CA 93441**


4. Disclose the current business address(es) where the Debtor's books and records are located:

   **6701 Foxen Canyon Road, Los Olivos, CA 93441**

| In re | **DAZ Vineyards, LLC** | CHAPTER: | 11 |
|-------|------------------------|----------|----|
|       | Debtor. | CASE NO.: | |

5.   List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor 's most recent balance sheet:

**6701 Foxen Canyon Road, Los Olivos, CA 93441**

6.   Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7.   State the name and address of the individual signing this Statement and the relationship of such individual to the Debtor and to the General Partner of the Debtor (specify):

**John Zahoudanis, Manager**

8.   Total number of attached pages of supporting documentation:   _____

9.   I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the ___15___ day of __Feb._____, 20 _10_, at __Santa Barbara_____, California.

**John Zahoudanis** _____

*Type Name of General Partner*

_____
*Signature of Declarant*

**Manager** _____

*Title of Declarant (if any)*

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**M & Z Valley Associates, LLC, affiliate, Chapter 11 case filed 1/28/2010, pending, case no. 8:10-bk-11079-TA**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Santa Barbara** _____ , California _____

Debtor

Dated: _____ 2/15/10 _____

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*

F 1015-2.1

Form B6 - Summary (12/07)

2007 USBC, Central District of California

## United States Bankruptcy Court
## Central District of California

| In re   DAZ Vineyards, LLC | Case No.: |
|---|---|
| Debtor. | (if known) |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $   12,200,000.00 | | |
| B - Personal Property | YES | 0 | $   19,871,232.08 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $   11,185,299.13 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 0 | | $      40,681.94 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $     192,355.94 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 7 | $   32,071,232.08 | $   11,418,337.01 | |

Official Form B6 - Statistical Summary (12/07)                                     2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re **DAZ Vineyards, LLC** | CHAPTER: **11** |
|---|---|
| Debtor. | CASE NO.: |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   40,681.94 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $   0.00 |
| TOTAL | $   40,681.94 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   0.00 |
| Average Expenses (from Schedule J, Line 18) | $   0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   0.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   12,215,778.32 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   40,681.94 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4. Total from Schedule F | | $   192,355.94 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   12,408,134.26 |

**Form B6A - (12/07)**                                                    **2007 USBC, Central District of California**

| In re | **DAZ Vineyards, LLC** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **6701 Foxen Canyon Road, Los Olivos, CA 93441** | Fee Owner | | $12,200,000.00 | $9,114,000.00 |

Total ➤ $12,200,000.00

(Report also on Summary of Schedules.)

Form B6B - (12/07)                                                  2007 USBC, Central District of California

| In re | **DAZ Vineyards, LLC** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Santa Barbara Bank & Trust Business Checking Account** | | **20,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Silicon Valley Bank Money Market Account** | | **0.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Demetria Winery** | | **6,914,969.60** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivables** | | **40,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Form B6B - (12/07)                                                    2007 USBC, Central District of California

| In re | **DAZ Vineyards, LLC** | | Case No.: | |
|-------|------------------------|--------|-----------|-----------|
| | | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | | **Trade Label for Demetria Winery** | | **4,000,000.00** |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Wine Club Customer List** | | **1,475,000.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Ford F-450** | | **14,532.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **All Terrain Vehicles** | | **6,654.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Murray Tractor, Holland Tractor** | | **26,342.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Desks, Computers, Printers, Tables** | | **50,000.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **See Attached List** | | **1,530,864.00** |
| 30. Inventory. | | **Bulk Wine- Barrels** | | **3,537,547.08** |
| Inventory. | | **Case Goods- Bottles** | | **2,205,323.40** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | | **Farming Equipment** | | **50,000.00** |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

**Form B6B - (12/07)**                                                                2007 USBC, Central District of California

| In re | **DAZ Vineyards, LLC** | | Case No.: | |
|-------|------------------------|----------|-----------|-----------|
| | | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | | |
| | 2 | continuation sheets attached | | **$19,871,232.08** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**12/31/09**

**CLIENT 08-148**

# 2009 FEDERAL DEPRECIATION SCHEDULE

**DAZ VINEYARDS LLC**

**PAGE 1**

57-1222479

8/31/09                                                                                                                11:25AM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP DEPR. | PRIOR DEC. BAL DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FORM 1065 | | | | | | | | | | | | | | | |
| | AUTO / TRANSPORT EQUIPMENT | | | | | | | | | | | | | | | |
| 30 | PICK-UP (USED) | 6/30/06 | | 2,800 | | | | 0 | 0 | 0 | 2,800 | 1,994 | 200DB HY | 5 | .11520 | 323 |
| | TOTAL AUTO / TRANSPORT EQUIP | | | 2,800 | | 0 | 0 | 0 | 0 | 0 | 2,800 | 1,994 | | | | 323 |
| | IMPROVEMENTS | | | | | | | | | | | | | | | |
| 37 | LANDSCAPING | 6/30/06 | | 243,216 | | | | | | | 243,216 | 40,545 | S/L HY | 15 | .06670 | 16,223 |
| 48 | LANDSCAPING | 9/22/07 | | 127,121 | | | | | | | 127,121 | 18,432 | 150DB HY | 15 | .08550 | 10,869 |
| 55 | LANDSCAPING - 2008 | 8/04/08 | | 10,000 | | | | | | | 10,000 | 500 | 150DB HY | 15 | .09500 | 950 |
| | TOTAL IMPROVEMENTS | | | 380,337 | | 0 | 0 | 0 | 0 | 0 | 380,337 | 59,477 | | | | 28,042 |
| | TOTAL DEPRECIATION | | | 1,883,137 | | 0 | 0 | 0 | 0 | 0 | 1,883,137 | 222,826 | | | | 82,905 |

| 12/31/09 | 2009 FEDERAL DEPRECIATION SCHEDULE | PAGE 2 |
|---|---|---|

**CLIENT 08-148**

**DAZ VINEYARDS LLC**

57-1222479

8/31/09  11:25AM

FORM 1065, SCHEDULE A

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MACHINERY AND EQUIPMENT | | | | | | | | | | | | | | | |
| 1 | TCW PRESS | 6/28/05 | | 38,752 | | | | | | | 38,752 | 22,134 | 150DB HY | 7 | .12250 | 4,747 |
| 2 | BARRELS - JERONE ALBIN-2 | 6/28/05 | | 1,443 | | | | | | | 1,443 | 1,443 | 150DB HY | 3 | | 0 |
| 3 | EUROMACHINE | 7/08/05 | | 22,000 | | | | | | | 22,000 | 12,557 | 150DB HY | 7 | .12250 | 2,695 |
| 4 | BARRELS - TARANSAUD | 7/25/05 | | 831 | | | | | | | 831 | 831 | 150DB HY | 3 | | 0 |
| 5 | BARRELS - FRANCOIS | 7/25/05 | | 3,331 | | | | | | | 3,331 | 3,331 | 150DB HY | 3 | | 0 |
| 6 | CUSTOM METALCRAFT | 7/27/05 | | 53,363 | | | | | | | 53,363 | 30,480 | 150DB HY | 7 | .12250 | 6,537 |
| 7 | BARREL RACKS | 7/28/05 | | 4,211 | | | | | | | 4,211 | 2,406 | 150DB HY | 7 | .12250 | 516 |
| 8 | MOBILE BELT | 7/28/05 | | 19,250 | | | | | | | 19,250 | 10,996 | 150DB HY | 7 | .12250 | 2,358 |
| 9 | BARRELS - WORLD COOPER | 7/28/05 | | 2,490 | | | | | | | 2,490 | 2,490 | 150DB HY | 3 | | 0 |
| 14 | BARRELS - LEWIS CELLARS | 8/25/05 | | 20,450 | | | | | | | 20,450 | 20,450 | 150DB HY | 3 | | 0 |
| 16 | BARRELS - TONNELLERIE REM | 8/29/05 | | 3,259 | | | | | | | 3,259 | 3,259 | 150DB HY | 3 | | 0 |
| 16 | BARRELS - BARREL ASSOC | 9/08/05 | | 5,291 | | | | | | | 5,291 | 5,291 | 150DB HY | 3 | | 0 |
| 19 | TANK STANDS | 9/19/05 | | 2,014 | | | | | | | 2,014 | 1,151 | 150DB HY | 7 | .12250 | 247 |
| 26 | TCW EQUIPMENT | 6/30/06 | | 10,269 | | | | | | | 10,269 | 5,778 | 200DB HY | 7 | .12490 | 1,283 |
| 27 | TERRA SPASE | 6/30/06 | | 15,510 | | | | | | | 15,510 | 8,727 | 200DB HY | 7 | .12490 | 1,937 |
| 28 | AMERICAN TARTERIC | 6/30/06 | | 79,365 | | | | | | | 79,365 | 44,658 | 200DB HY | 7 | .12490 | 9,913 |
| 29 | STABEN EQUIPMENT | 6/30/06 | | 33,500 | | | | | | | 33,500 | 18,850 | 200DB HY | 7 | .12490 | 4,184 |
| 33 | FISCHER SCIENTIFIC | 6/30/06 | | 13,383 | | | | | | | 13,383 | 7,530 | 200DB HY | 7 | .12490 | 1,672 |
| 34 | PMS INSTRUMENTS | 6/30/06 | | 2,813 | | | | | | | 2,813 | 1,583 | 200DB HY | 7 | .12490 | 351 |

**12/31/09**  **2009 FEDERAL DEPRECIATION SCHEDULE**  **PAGE 3**

CLIENT 08-148  DAZ VINEYARDS LLC  57-1222479

8/31/09  11:25AM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP.DEPR. | SALVAG /BASIS REDUCT | PRIOR DEC. BAL. DEPR. | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | EUROMACHINE | 6/30/06 | | 148,722 | | | | | | | 148,722 | 83,685 | 200DB HY | 7 | .12490 | 18,575 |
| 36 | BARRELS | 6/30/06 | | 129,381 | | | | | | | 129,381 | 119,794 | 200DB HY | 3 | .07410 | 9,587 |
| 42 | METALCRAFT EQUIPMENT | 6/15/07 | | 9,514 | | | | | | | 9,514 | 3,690 | 200DB HY | 7 | .17490 | 1,664 |
| 43 | BARREL RACKS | 8/07/07 | | 2,599 | | | | | | | 2,559 | 1,007 | 200DB HY | 7 | .17490 | 455 |
| 44 | SCREW SUMP | 10/08/07 | | 6,051 | | | | | | | 6,051 | 2,347 | 200DB HY | 7 | .17490 | 1,058 |
| 47 | BARRELS (2007) | 10/21/07 | | 63,673 | | | | | | | 63,673 | 49,525 | 200DB HY | 3 | .14810 | 9,430 |
| 51 | NOMBLOT EQUIPMENT | 5/23/08 | | 11,905 | | | | | | | 11,905 | 1,701 | 200DB HY | 7 | .24490 | 2,916 |
| 52 | NOMBLOT EQUIPMENT | 6/23/08 | | 27,781 | | | | | | | 27,781 | 3,970 | 200DB HY | 7 | .24490 | 6,804 |
| 53 | PUMP (AM EXP) | 9/07/08 | | 2,110 | | | | | | | 2,110 | 302 | 200DB HY | 7 | .24490 | 517 |
| 54 | BARRELS - 2008 | 10/27/08 | | 19,493 | | | | | | | 19,493 | 6,497 | 200DB HY | 3 | .44450 | 8,665 |
| 56 | 485 GALLON TANKS (10) REMA | 8/22/05 | | 19,555 | | | | | | | 19,555 | 11,171 | 150DB HY | 7 | .12250 | 2,395 |
| | TOTAL MACHINERY AND EQUIPME | | | 772,309 | | 0 | 0 | 0 | 0 | 0 | 772,309 | 487,644 | | | | 98,506 |
| | TOTAL DEPRECIATION | | | 2,272,309 | | 0 | 0 | 0 | 0 | 0 | 2,272,309 | 601,479 | | | | 135,966 |

FORM 1065, SCHEDULE F - WINE GRAPES

AUTO / TRANSPORT EQUIPMENT

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP.DEPR. | SALVAG /BASIS REDUCT | PRIOR DEC. BAL. DEPR. | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 2005 FORD F-450 | 9/01/05 | | 42,706 | | | | | | | 42,706 | 28,174 | 150DB HY | 5 | .16660 | 7,115 |
| | TOTAL AUTO / TRANSPORT EQUIP | | | 42,706 | | 0 | 0 | 0 | 0 | 0 | 42,706 | 28,174 | | | | 7,115 |

| 12/31/09 | | 2009 FEDERAL DEPRECIATION SCHEDULE | | | | PAGE 4 |
|---|---|---|---|---|---|---|
| CLIENT 08-148 | | DAZ VINEYARDS LLC | | | | 57-1222479 |
| 8/31/09 | | | | | | 11:25AM |

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/BONUS/SP. DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG/BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **IMPROVEMENTS** | | | | | | | | | | | | | | | |
| 21 | DEER FENCING | 9/22/05 | | 42,610 | | | | | | | 42,610 | 13,103 | 150DB HY | 15 | .06930 | 2,953 |
| 32 | SUNRIDGE NURSERY VINES | 6/30/06 | | 10,267 | | | | | | | 10,267 | 1,027 | S/L HY | 25 | .04000 | 411 |
| 41 | DEMETRIA ESTATE VINEYARDS | 1/31/06 | | 3,652,117 | | | | | | | 3,652,117 | 365,212 | S/L HY | 25 | .04000 | 146,085 |
| 45 | VINEYARD IMPROVEMENTS | 7/09/07 | | 3,640 | | | | | | | 3,640 | 400 | 150DB HY | 20 | .06677 | 243 |
| 46 | VINEYARD IMPROVEMENTS | 10/24/07 | | 2,886 | | | | | | | 2,886 | 316 | 150DB HY | 20 | .06677 | 193 |
| | **TOTAL IMPROVEMENTS** | | | 3,711,520 | | 0 | 0 | 0 | 0 | 0 | 3,711,520 | 380,058 | | | | 149,885 |
| | **TOTAL LAND** | | | | | | | | | | | | | | | |
| | **MACHINERY AND EQUIPMENT** | | | | | | | | | | | | | | | |
| 10 | MACRO BINS | 8/11/05 | | 8,590 | | | | | | | 8,590 | 4,906 | 150DB HY | 7 | .12250 | 1,052 |
| 11 | SABCO INDUSTRIES | 8/16/05 | | 2,394 | | | | | | | 2,394 | 1,367 | 150DB HY | 7 | .12250 | 293 |
| 13 | HEADER SCREEN | 8/22/05 | | 5,808 | | | | | | | 5,808 | 3,317 | 150DB HY | 7 | .12250 | 711 |
| 22 | TRAILER | 12/29/05 | | 4,997 | | | | | | | 4,997 | 2,854 | 150DB HY | 7 | .12250 | 612 |
| 23 | TRACTOR - MURRAY | 12/19/05 | | 6,000 | | | | | | | 6,000 | 3,428 | 150DB HY | 7 | .12250 | 735 |
| 31 | ATV VEHICLES | 6/30/06 | | 15,517 | | | | | | | 15,517 | 6,962 | 150DB HY | 7 | .12250 | 1,901 |
| 50 | TRACTOR - HOLLAND | 3/01/08 | | 39,463 | | | | | | | 39,463 | 4,226 | 150DB HY | 7 | .19130 | 7,549 |
| | **TOTAL MACHINERY AND EQUIPME** | | | 82,769 | | 0 | 0 | 0 | 0 | 0 | 82,769 | 27,060 | | | | 12,853 |
| | **TOTAL DEPRECIATION** | | | 4,836,995 | | 0 | 0 | 0 | 0 | 0 | 4,836,995 | 435,292 | | | | 169,853 |

# 2009 FEDERAL DEPRECIATION SCHEDULE

**PAGE 5**

**12/31/09**

**CLIENT 08-148**

**DAZ VINEYARDS LLC**

57-1222479

8/31/09

11:25AM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW | PRIOR 179/BONUS/SP.DEPR | PRIOR DEC. BAL. DEPR. | SALVAG/BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GRAND TOTAL AMORTIZATION | | | 49,930 | | 0 | 0 | 0 | 0 | 0 | 49,930 | 31,496 | | | | 983 |
| | GRAND TOTAL DEPRECIATION | | | 8,992,441 | | 0 | 0 | 0 | 0 | 0 | 8,992,441 | 1,259,597 | | | | 389,724 |

Form B6D - (12/07)                                                            2007 USBC, Central District of California

| In re   DAZ Vineyards, LLC | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.   700203<br><br>Aegon USA realty Advisors, Inc.<br>4333 Edgewood Road NE<br>Cedar Rapids, IA 52499-5445 | X | | 09/02/2007<br>**Deed of Trust**<br>6701 Foxen Canyon Road, Los Olivos, CA 93441<br><br>Value  $12,200,000.00 | | X | X | 8,989,000.00 | 0.00 |
| Last four digits of ACCOUNT NO.   57-1222479<br><br>**Bernice James Treasurer<br>Tax Collector<br>County of Santa Barbara**<br>P.O. Box 579<br>Santa Barbara, CA 93102-0579 | X | | 12/31/2009<br>**Statutory Lien**<br>6701 Foxen Canyon Road, Los Olivos, CA 93441<br><br>Value  $12,200,000.00 | | | | 125,000.00 | 0.00 |
| Last four digits of ACCOUNT NO.<br><br>**CNH Capital America LLC**<br>P.O. Box 894703<br>Los Angeles, CA 90189-4703 | | | **Security Agreement<br>2006 Ford F-450**<br><br>Value  $14,532.00 | | | | 10,104.31 | 0.00 |
| Last four digits of ACCOUNT NO.<br><br>**CNH Capital America LLC**<br>P.O. Box 894703<br>Los Angeles, CA 90189-4703 | X | | **Security Agreement<br>Murray Tractor, Holland Tractor**<br><br>Value  $26,342.00 | | | | 34,120.32 | 7,778.32 |

<u>1</u> continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $    9,158,224.63 | $    7,778.32 |
| Total<br>(Use only on last page) | $ | $ |
| | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6D - (12/07)                                                    2007 USBC, Central District of California

| In re  **DAZ Vineyards, LLC** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>**Premiere Pacific Vineyards**<br>**Santa Colina Vineyards, LLC**<br>**4 Financial Plaza**<br>**Napa, CA 94558**<br><br>**Santa Colina Vyd, LLC**<br>**P. O. Box 3989**<br>**Napa, CA 94558** | | | **Statutory Lien**<br>**Bulk Wine- Barrels**<br><br>Value  **$3,537,547.08** | | | | 675,691.50 | 0.00 |
| Last four digits of ACCOUNT NO.<br>**Sierra Madre Ranch Holdings, LLC**<br>**1006 Segovia Circle**<br>**Placentia, CA 92870** | X | | **11/15/2010**<br>**Security Agreement**<br>**Bulk Wine- Barrels**<br><br>Value  **$3,537,547.08** | | | | 675,691.50 | 0.00 |
| Last four digits of ACCOUNT NO.<br>**Silicon Valley Bank**<br>**3700 Old Redwood Highway**<br>**Suite 200**<br>**Santa Rosa, CA 95403** | X | | **12/01/2009**<br>**Security Agreement**<br>**Winery Equipment**<br>**Case Goods- Bottles**<br>**Bulk Wine- Barrels**<br><br>Value  **$3,537,547.08** | | | | 675,691.50 | 0.00 |

Sheet no. _1_ of _1_ continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

| | | |
|---|---|---|
| Subtotal(s)<br>(Total(s) of this page) | $ **2,027,074.50** | $ **0.00** |
| Total(s)<br>(Use only on last page) | $ **11,185,299.13** | $ **7,778.32** |
| | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6E- (Rev. 12/07)                                                                                    2007 USBC, Central District of California

| In re | DAZ Vineyards, LLC | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations:** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals:** Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated:** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1  continuation sheets attached

Form B6E- (Rev. 12/07)                                                    2007 USBC, Central District of California

| In re | | Case No.: | |
|---|---|---|---|
| **DAZ Vineyards, LLC** | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units
### Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  **57-1222479** <br><br> **State Board of Equalization** <br>**3321 Power Inn Road** <br>**Suite 210** <br>**Sacramento, CA 95826-3889** | | | 12/31/2009 <br> 2009 Taxes | | | | 28,469.46 | 28,469.46 | $0.00 |
| Last four digits of ACCOUNT NO.  **57-1222479** <br><br> **State of California Franchise Tax Board** <br>**Attention: Bankruptcy** <br>**P.O. Box 2952** <br>**Sacramento, CA 95812-2952** | | | 12/31/2009 <br> 2009 Taxes | | | | 12,212.48 | 12,212.48 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals (Totals of this page) | $ **40,681.94** | $ **40,681.94** | $ **0.00** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **40,681.94** | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **40,681.94** | $ **0.00** |

Form B6F (Official Form 6F) - (Rev. 12/07)                    2007 USBC, Central District of California

| In re | DAZ Vineyards, LLC | | Case No.: | |
|-------|--------------------|--|-----------|--|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **Bel Air Tonnellerie 42 route de Creon 33360 CENAC** | | | 12/01/2009 **Trade Debt** | | | | 5,748.70 |
| Last four digits of ACCOUNT NO. **Euro-Machines, Inc. 497 Edison Court, Suite G Fairfield, CA 94534** | | | 02/11/2010 **Trade Debt** | | | | 24,422.66 |
| Last four digits of ACCOUNT NO. **Fidelity National Title Company c/o Miller, Starr & Regalia P. O. Box 8177 Walnut Creek, CA 94596** | | | Cross Claim for Indemnity, etc. | X | X | X | unknown |
| Last four digits of ACCOUNT NO. **Finkle Newton Farming, Inc. dba Coastal Vineyard Care Associate P.O. Box 1184 Santa Ynez, CA 93460** | | | 02/11/2010 **Trade Debt** | | | | 24,959.35 |
| Last four digits of ACCOUNT NO. **Grgich Hills Cellar P.O. Box 450 Rutherford, CA 94573** | | | 02/11/2010 **Trade Debt** | | | | 6,000.00 |

  2   Continuation sheets attached

| | | |
|--|--|--|
| Subtotal ⌐ | $ | 61,130.71 |
| Total ⌐ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | DAZ Vineyards, LLC | Case No.: | |
|---|---|---|---|
| | | Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Jay's Landscapes, Inc. 4209 Carpinteria Avenue Carpinteria, CA 93013-1805 | | | 12/01/2009 Trade Debt | | | | 13,482.27 |
| Last four digits of ACCOUNT NO. Nomblot Cuves en baton depuis 1922 2 route de Beaune 71210 ECUISSES | | | 12/01/2009 Trade Debt | | | | 29,141.15 |
| Last four digits of ACCOUNT NO. Pacific Funding Group, Inc c/o Shalom Rubanowitz, Inc. 8281 Melrose Ave. #205 Los Angeles, CA 90046 Vickman & Associates 424 S. Beverly Drive Beverly Hills, CA 90212 | | | Claim for Quiet Title | X | X | X | unknown |
| Last four digits of ACCOUNT NO. Salud Ayala Farm Labor Contractor P.O. Box 990 Selma, CA 93662 | | | 12/01/2009 Trade Debt | | | | 8,088.00 |
| Last four digits of ACCOUNT NO. Sorenson & Sorenson, CPAs 2027 Village Lane Suite 203 Solvang, CA 93463 | | | 12/01/2009 Professional Services | | | | 72,371.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ►  $    123,082.42

Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F)  - (Rev. 12/07)                                                    2007 USBC, Central District of California

| In re | DAZ Vineyards, LLC | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____<br><br>**Tonnellerie Claude Gillet**<br>**Pere et Fils**<br>**21190 Saint Romain, France** | | | 12/01/2009<br><br>**Trade Debt** | | | | 8,142.81 |

Sheet no.  2 of 2 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | Subtotal | $ | 8,142.81 |
|---|---|---|---|
| | Total | $ | 192,355.94 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6G - (12/07)                                                    2007 USBC, Central District of California

| In re  **DAZ Vineyards, LLC** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Savannah Farms, LLC**<br>**P.O. Box 687**<br>**6903 Foxen Canyon Road**<br>**Los Olivos, CA 93441** | **Contract to purchase 15.57 tons of Chardonnay grapes for $31,140.00** |
| **Thomas Ole Dial, et al**<br>**c/o MezzCap partners, LLC**<br>**1880 Century Park East, Ste. 700**<br>**Los Angeles, CA 90067** | **Wine Repurchase Agreement** |

Form B6H - (12/07)                                                    2007 USBC, Central District of California

| In re | **DAZ Vineyards, LLC** | | Case No.: | |
|-------|------------------------|--------|-----------|------------|
| | | Debtor. | | (If known) |

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Centrium & Associates, LLC**<br>**P.O. Box 836**<br>**Los Olivos, CA 93441**<br><br>**DAZ Holdings, LLC**<br>**P.O. Box 836**<br>**Los Olivos, CA 93441** | **Aegon USA realty Advisors, Inc.**<br>**4333 Edgewood Road NE**<br>**Cedar Rapids, IA 52499-5445** |
| **Centrium & Associates, LLC**<br>**P.O. Box 836**<br>**Los Olivos, CA 93441**<br><br><br>**DAZ Holdings, LLC**<br>**P.O. Box 836**<br>**Los Olivos, CA 93441** | **Bernice James Treasurer**<br>**Tax Collector**<br>**County of Santa Barbara**<br>**P.O. Box 579**<br>**Santa Barbara, CA 93102-0579** |
| **Centrium & Associates, LLC**<br>**P.O. Box 836**<br>**Los Olivos, CA 93441**<br><br>**DAZ Holdings, LLC**<br>**P.O. Box 836**<br>**Los Olivos, CA 93441** | **CNH Capital America LLC**<br>**P.O. Box 894703**<br>**Los Angeles, CA 90189-4703** |
| **Centrium & Associates, LLC**<br>**P.O. Box 836**<br>**Los Olivos, CA 93441**<br><br>**DAZ Holdings, LLC**<br>**P.O. Box 836**<br>**Los Olivos, CA 93441** | **Sierra Madre Ranch Holdings, LLC**<br>**1006 Segovia Circle**<br>**Placentia, CA 92870** |
| **Centrium & Associates, LLC**<br>**P.O. Box 836**<br>**Los Olivos, CA 93441**<br><br><br>**DAZ Holdings, LLC**<br>**P.O. Box 836**<br>**Los Olivos, CA 93441** | **Silicon Valley Bank**<br>**3700 Old Redwood Highway**<br>**Suite 200**<br>**Santa Rosa, CA 95403** |

## UNITED STATES BANKRUPTCY COURT
### Central District of California

In re:   **DAZ Vineyards, LLC**                                    Case No. _____

                                                                  Chapter   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS(NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:                $     **1,160,998.68**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2.  Gross Monthly Income:                                               $        **96,749.89**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

|   |   |   |
|---|---|---|
| 3. | Net Employee Payroll (Other Than Debtor) | $    29,006.84 |
| 4. | Payroll Taxes | 2,120.98 |
| 5. | Unemployment Taxes | 0.00 |
| 6. | Worker's Compensation | 0.00 |
| 7. | Other Taxes | 3,068.34 |
| 8. | Inventory Purchases (Including raw  materials) | 0.00 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | 404.34 |
| 10. | Rent (Other than debtor's principal residence) | 3,073.20 |
| 11. | Utilities | 2,146.39 |
| 12. | Office Expenses and Supplies | 79.80 |
| 13. | Repairs and Maintenance | 1,386.24 |
| 14. | Vehicle Expenses | 363.54 |
| 15. | Travel and Entertainment | 1,855.03 |
| 16. | Equipment Rental and Leases | 587.43 |
| 17. | Legal/Accounting/Other Professional Fees | 12,414.08 |
| 18. | Insurance | 4,344.85 |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | 18.06 |
| 20. | Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): **None** | _____ |

21. Other (Specify):

| | |
|---|---:|
| Advertising | 1,754.29 |
| Bank Charges | 357.31 |
| Bill Backs | 4,160.02 |
| Tasting Room Supplies & Costs | 204.12 |
| Dues & Subscriptions | 154.15 |
| Late Fees & Finance Charges | 1,404.20 |
| Licenses & Fees | 1,725.83 |
| Merchant Fees | 1,728.68 |
| Operating Supplies | 1,244.98 |
| Outside Services | 1,726.88 |
| Petty Cash | 229.17 |
| Postage & Delivery | 2,202.93 |
| Winery Supplies | 33.33 |
| Interest Expense | 17,133.00 |
| Vineyard Overhead | 1,278.98 |
| Vineyard Labor | 1,548.40 |
| Cultivation | 342.75 |
| Hand Canopy | 538.40 |
| Vineyard Management & Supervision | 1,322.51 |
| Thinning | 609.95 |

22. Total Monthly Expenses (Add items 3 - 21)                                        $      100,569.00

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)          $        (3,819.11)

Form B6 - Declaration(Rev. 12/07)                                   2007 USBC, Central District of California

| In re   DAZ Vineyards, LLC | Case No.: |
|---|---|
| Debtor. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **John Zahoudanis**, the **Manager** of the **Partnership** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of **3**_____ sheets, and that
they are true and correct to the best of my knowledge, information, and belief.   *(Total shown on summary page plus 1),*

Date  **2/15/10**                    Signature: _____

John Zahoudanis Manager
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and
3571.*