**BEALL & BURKHARDT**
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re ) Bankruptcy No. 9:10-bk-10689-RR
) Chapter 11
DAZ Vineyards, LLC, )
) **MOTION TO PAY PRE-PETITION**
Debtor. ) **WAGES**
)
Hearing to be Set

Debtor-in-possession DAZ Vineyards, LLC makes its Motion for an Order permitting it to pay pre-petition wages as follows:

The debtor has filed a Chapter 11 case on February 15, 2010. The debtor has a payroll to pay. The last pre-petition payroll was paid on February 10, 2010, and the first post-petition payroll is to be paid February 24, 2010. That payroll will include both pre-petition and post-petition wages. In order to ensure smooth operation of the debtor's business pending liquidation, the debtor needs its employment force intact, and it needs a hearing on shortened time to determine if it may pay the entire bridge payroll.

Attached as Exhibit A is a listing of the wages owed by the debtor from February 7, 2010 through February 14, 2010. These

1

the wages that would constitute the prepetition portion of the payroll due to be paid February 24, 2010.  Each of the amounts listed in Exhibit A is less than $10,950.00, and each was incurred within 180 days of the filing of the case.  Thus each would be a priority expense pursuant to 11 U.S.C. §507(a)(4).  The debtor expects that payment through this case will reach at least through this class of priority claims.

Payment of a full payroll is essential to the continuance of the debtor's business.  The maintenance of our staff is an important part of the sale the debtor hopes to consummate to maximize return to creditors.

Wherefore, the debtor requests that the Court enter its order permitting the debtor to pay the full payroll due to be paid February 24, 2010, including the pre-petition portion thereof.

Respectfully submitted,

Dated: February 5, 2010    BEALL & BURKHARDT

By: /s/ William C. Beall
William C. Beall, Counsel for
DAZ Vineyards, LLC

## DECLARATION OF JOHN ZAHOUDANIS

I, John Zahoudanis, declare and state as follows:

1.  I am the manager of DAZ Vineyards, LLC, debtor and debtor in possession herein. Each of the matters set forth below is stated of my own personal knowledge and if called as a witness, I could competently testify to each of them.

2.  The debtor has filed a Chapter 11 case on February 15, 2010. The debtor has a payroll to pay. The last pre-petition payroll was paid on February 10, 2010, and the first post-petition payroll is to be paid February 24, 2010. That payroll will include both pre-petition and post-petition wages. In order to ensure smooth operation of the debtor's business pending liquidation, the debtor needs its employment force intact, and it needs a hearing on shortened time to determine if it may pay the entire bridge payroll.

3.  Attached as Exhibit A is a listing of the wages owed by the debtor from February 7, 2010 through February 14, 2010. These are the wages that would constitute the prepetition portion of the payroll due to be paid February 24, 2010. Each of the amounts listed in Exhibit A is less than $10,950.00, and each was incurred within 180 days of the filing of the case. Thus each would be a priority expense pursuant to 11 U.S.C. §507(a)(4). The debtor expects that payment through this case will reach at least through this class of priority claims.

4.  Payment of a full payroll is essential to the continuance of the debtor's business. The maintenance of our

1 | staff is an important part of the sale the debtor hopes to
2 | consummate to maximize return to creditors.
3 |     I declare under penalty of perjury that the foregoing is true
4 | and correct.
5 |     Dated: 2/15     , 2010
6 |
7 |                                                 John Zahoudanis

4

|  | Wages Gross | 2/11/2010 2/24/2010 14.00 | Pre-Filing Days 5.00 | Post-Filing Days 9.00 |
|---|---|---|---|---|
| Zahoudanis, Constatntine | 4,615.38 | 329.67 | 1,648.35 | 2,967.03 |
| Roth, Michael | 3,846.10 | 274.72 | 1,373.61 | 2,472.49 |
| Wayne, Jennifer | 1,923.08 | 137.36 | 686.81 | 1,236.27 |
| Waye, Harry | 1,538.46 | 109.89 | 549.45 | 989.01 |
| Jones, Mark | 1,493.85 | 106.70 | 533.52 | 960.33 |
| Jimenez, Melquiades | 1,000.00 | 71.43 | 357.14 | 642.86 |
| Hernandez, Valentin | 882.00 | 63.00 | 315.00 | 567.00 |
| Herrera, Jose | 414.00 | 29.57 | 147.86 | 266.14 |
| Paz, Anselmo | 414.00 | 29.57 | 147.86 | 266.14 |
| Hernandez, Adriana | 320.00 | 22.86 | 114.29 | 205.71 |
|  | 16,446.87 | 1,174.78 | 5,873.88 | 10,572.99 |