Form B6D - (12/07)                      2007 USBC, Central District of California

| In re | DAZ Vineyards, LLC | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 700203<br>Aegon USA realty Advisors, Inc.<br>4333 Edgewood Road NE<br>Cedar Rapids, IA 52499-5445 | X | | 09/02/2007<br>Deed of Trust<br>6701 Foxen Canyon Road, Los Olivos, CA 93441<br><br>Value $12,200,000.00 | | X | X | 8,989,000.00 | 0.00 |
| Last four digits of ACCOUNT NO. 57-1222479<br>Bernice James Treasurer<br>Tax Collector<br>County of Santa Barbara<br>P.O. Box 579<br>Santa Barbara, CA 93102-0579 | X | | 12/31/2009<br>Statutory Lien<br>6701 Foxen Canyon Road, Los Olivos, CA 93441<br><br>Value $12,200,000.00 | | | | 125,000.00 | 0.00 |
| Last four digits of ACCOUNT NO.<br>CNH Capital America LLC<br>P.O. Box 894703<br>Los Angeles, CA 90189-4703 | | | Security Agreement<br>2006 Ford F-450<br><br>Value $14,532.00 | | | | 10,104.31 | 0.00 |
| Last four digits of ACCOUNT NO.<br>CNH Capital America LLC<br>P.O. Box 894703<br>Los Angeles, CA 90189-4703 | X | | Security Agreement<br>Murray Tractor, Holland Tractor<br><br>Value $26,342.00 | | | | 34,120.32 | 7,778.32 |

<u>1</u> continuation sheets attached

                                                                         Subtotal (Total of this page)    $ 9,158,224.63    $ 7,778.32

                                                                         Total (Use only on last page)    $    $

(Report total also on Summary of Schedules)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6D - (12/07)                                                                                               2007 USBC, Central District of California

| In re DAZ Vineyards, LLC | Case No.: |
|---|---|
| Debtor. | (If known) |

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Premiere Pacific Vineyards<br>Santa Colina Vineyards, LLC<br>4 Financial Plaza<br>Napa, CA 94558<br><br>Santa Colina Vyd, LLC<br>P. O. Box 3989<br>Napa, CA 94558 | | | Statutory Lien<br>Bulk Wine- Barrels<br><br>Value $3,537,547.08 | | | | 23,691.50 | 0.00 |
| Last four digits of ACCOUNT NO.<br>Sierra Madre Ranch Holdings, LLC<br>1006 Segovia Circle<br>Placentia, CA 92870 | X | | 11/15/2010<br>Security Agreement<br>Bulk Wine- Barrels<br><br>Value $3,537,547.08 | | | | 84,882.00 | 0.00 |
| Last four digits of ACCOUNT NO.<br>Silicon Valley Bank<br>3700 Old Redwood Highway<br>Suite 200<br>Santa Rosa, CA 95403 | X | | 12/01/2009<br>Security Agreement<br>Winery Equipment<br>Case Goods- Bottles<br>Bulk Wine- Barrels<br><br>Value $3,537,547.08 | | | | 326,000.00 | 0.00 |

Sheet no. 1 of 1 continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

| | Subtotal(s) (Total(s) of this page) | $ 434,573.50 | $ 0.00 |
|---|---|---|---|
| | Total(s) (Use only on last page) | $ 9,592,798.13 | $ 7,778.32 |
| | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

| In re | DAZ Vineyards, LLC | Debtor. | Case No.: (If known) |
|---|---|---|---|

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> Bel Air Tonnellerie <br> 42 route de Creon <br> 33360 CENAC | | | 12/01/2009 <br> Trade Debt | | | | 5,748.70 |
| Last four digits of ACCOUNT NO. <br> Euro-Machines, Inc. <br> 497 Edison Court, Suite G <br> Fairfield, CA 94534 | | | 02/11/2010 <br> Trade Debt | | | | 24,422.66 |
| Last four digits of ACCOUNT NO. <br> Fidelity National Title Company <br> c/o Miller, Starr & Regalia <br> P. O. Box 8177 <br> Walnut Creek, CA 94596 | | | Cross Claim for Indemnity, etc. | X | X | X | unknown |
| Last four digits of ACCOUNT NO. <br> Finkle Newton Farming, Inc. <br> dba Coastal Vineyard Care Associate <br> P.O. Box 1184 <br> Santa Ynez, CA 93460 | | | 02/11/2010 <br> Trade Debt | | | | 24,959.35 |
| Last four digits of ACCOUNT NO. <br> Grgich Hills Cellar <br> P.O. Box 450 <br> Rutherford, CA 94573 | | | 02/11/2010 <br> Trade Debt | | | | 6,000.00 |

<u>2</u>   Continuation sheets attached

Subtotal ► $ 61,130.71

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | DAZ Vineyards, LLC | Debtor. | Case No.: | (If known) |

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Jay's Landscapes, Inc. 4209 Carpinteria Avenue Carpinteria, CA 93013-1805 | | | 12/01/2009 Trade Debt | | | | 13,482.27 |
| Last four digits of ACCOUNT NO. Nomblot Cuves en baton depuis 1922 2 route de Beaune 71210 ECUISSES | | | 12/01/2009 Trade Debt | | | | 29,141.15 |
| Last four digits of ACCOUNT NO. Pacific Funding Group, Inc c/o Shalom Rubanowitz, Inc. 8281 Melrose Ave. #205 Los Angeles, CA 90046  Vickman & Associates 424 S. Beverly Drive Beverly Hills, CA 90212 | | | Claim for Quiet Title | X | X | X | unknown |
| Last four digits of ACCOUNT NO. Salud Ayala Farm Labor Contractor P.O. Box 990 Selma, CA 93662 | | | 12/01/2009 Trade Debt | | | | 8,088.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  $ 50,711.42

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | DAZ Vineyards, LLC | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **Savannah Farms, LLC** P.O. Box 687 6903 Foxen Canyon Road Los Olivos, CA 93441 | | | Contract to purchase 15.57 tons of Chardonnay grapes for $31,140.00 | | | | 31,140.00 |
| Last four digits of ACCOUNT NO. **Sorenson & Sorenson, CPAs** 2027 Village Lane Suite 203 Solvang, CA 93463 | | | 12/01/2009 Professional Services | | | | 72,371.00 |
| Last four digits of ACCOUNT NO. **Tonnellerie Claude Gillet** Pere et Fils 21190 Saint Romain, France | | | 12/01/2009 Trade Debt | | | | 8,142.81 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 111,653.81

Total ► $ 223,495.94
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| Form B6 - Declaration(Rev. 12/07) | 2007 USBC, Central District of California |
|---|---|
| In re  DAZ Vineyards, LLC | Case No.: <br> Debtor.  (If known) |

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I John Zahoudanis, the **Manager** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 8 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief. *(Total shown on summary page plus 1).*

Date  2/17/10

Signature: _____
John Zahoudanis Manager
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*