**BEALL & BURKHARDT**
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DAZ Vineyards, LLC,<br><br>        Debtor. | Bankruptcy No. 9:10-bk-10689-RR<br>Chapter 11<br><br>**AMENDMENT TO MOTION FOR USE OF CASH COLLATERAL**<br><br>Date:  February 19, 2010<br>Time:  11:00 a.m.<br>Place: 1415 State Street<br>       Courtroom 201<br>       Santa Barbara, CA 93101 |

Debtor-in-possession DAZ Vineyards, LLC amends its Motion for Use of Cash Collateral as follows:

The motion seeks authority to use the cash collateral of Silicon Valley Bank. In fact, two other entities have secured interests in the debtor's wine inventory based upon grower's liens. These entities are Premiere Pacific Viveyards which also does business as Santa Collina Vineyard, LLC, and Sierra Madre Ranch Holdings, LLC. The debtor wishes to use the cash collateral of these entities on the same terms and conditions as the use with regard to Silicon Valley Bank, with all the liens to attach to

1

1 | newly created inventory with the same priority as they attach to
2 | the current inventory and receivables.

Dated: 2/17, 2010

Respectfully submitted,

BEALL & BURKHARDT

By: *William C. Beall*
William C. Beall, Counsel for
DAZ Vineyards, LLC

2