**BEALL & BURKHARDT**
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy No. 9:10-bk-10689-RR |
| | ) Chapter 11 |
| DAZ Vineyards, LLC, | ) |
| | ) **NOTICE OF APPLICATION OF DEBTOR** |
| Debtor. | ) **AND DEBTOR-IN-POSSESSION TO** |
| | ) **EMPLOY COUNSEL** |

<u>No Hearing Set</u>

TO THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that debtor and debtor-in-possession, DAZ Vineyards, LLC, is seeking approval of its Application to Employ Beall & Burkhardt of Santa Barbara, California, to represent it in this Chapter 11 case at the expense of the estate. The employment of Beall & Burkhardt will be for all services arising in, arising under, or related to this Chapter 11 case.

DAZ Vineyards, LLC, is further seeking approval of its Application to Employ Sorenson and Sorenson, to represent it for accounting services in this Chapter 11 case at the expense of the estate. The employment of Sorenson and Sorenson will be for all services arising in, arising under, or related to this Chapter 11 case.

1

1

2     The Applications request that employment of both professionals
3 be retroactive to February 15, 2010, the date of the filing of this
4 Chapter 11 case.
5     Beall & Burkhardt has received a retainer from the debtor in
6 the amount of $35,000.00, to be paid only as approved by the court
7 after fee application and hearing.
8     Any creditor wishing to review the Application may examine
9 the copy on file with the United States Bankruptcy Court, 1415
10 State Street, Santa Barbara, California, 93101, or may request a
11 copy from the undersigned.  Any objection to the Application
12 should be in writing, filed with the court and served upon the
13 applicant not later than fifteen (15) days from the date of this
14 notice.  Any objection not so filed and served may be deemed
15 waived.

16                                    Respectfully submitted,
17     Dated: 2/18, 2010               BEALL & BURKHARDT
18
19                                    By /s/ William C. Beall
20                                    William C. Beall, Proposed
                                       Counsel for DAZ Vineyards, LLC,
21                                    Debtor

22
23
24
25
26
27
28