**BEALL & BURKHARDT**
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DAZ Vineyards, LLC,<br><br>        Debtor. | Bankruptcy No. 9:10-bk-10689-RR<br>Chapter 11<br><br>**NOTICE OF CONTINUED TIME FOR FIRST MEETING OF CREDITORS**<br><br><u>No Hearing Set</u> |

TO THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that due to a scheduling conflict, debtor and debtor-in-possession, DAZ Vineyards, LLC, and the Office of the United States Trustee have jointly agreed that the first meeting of creditors originally calendared for 9:45 a.m. on April 1, 2010, will in fact be held at 12:00 p.m. on April 1, 2010, in the United States Trustee Hearing Room, 128 E. Carrillo Street, Santa Barbara, CA 93101.

Dated: March 3, 2010

Respectfully submitted,

BEALL & BURKHARDT

By: /s/ William C. Beall
William C. Beall, Counsel for
DAZ Vineyards, LLC, Debtor

1

| In re:<br>DAZ Vineyards, LLC | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 9:10-bk-10689-RR |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing documents described **NOTICE OF CONTINUED TIME FOR FIRST MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 03/03/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    Craig C Chiang    cchiang@buchalter.com
    Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
    United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
    Jason R Wolf    wolfj@hbdlawyers.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 03/03/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED LIST**

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 03/03/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

    **Judge's Copy:**
    Honorable Robin Riblet
    United States Bankruptcy Court
    Central District of California
    1415 State Street
    Santa Barbara, CA 93101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/03/10 | Natalie A. Spilborghs | /s/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

**SERVICE LIST**

CENTRIUM & ASSOCIATES, LLC
P.O. BOX 836
LOS OLIVOS, CA 93441

DAZ HOLDINGS, LLC
P.O. BOX 836
LOS OLIVOS, CA 93441

AEGON USA REALTY ADVISORS, INC.
4333 EDGEWOOD ROAD NE
CEDAR RAPIDS, IA 52499-5445

BEL AIR TONNELLERIE
42 ROUTE DE CREON
33360 CENAC

BERNICE JAMES TREASURER
TAX COLLECTOR
COUNTY OF SANTA BARBARA
P.O. BOX 579
SANTA BARBARA, CA 93102-0579

CNH CAPITAL AMERICA LLC
P.O. BOX 894703
LOS ANGELES, CA 90189-4703

EURO-MACHINES, INC.
497 EDISON COURT, SUITE G
FAIRFIELD, CA 94534

FIDELITY NATIONAL TITLE COMPANY
C/O MILLER, STARR & REGALIA
P. O. BOX 8177
WALNUT CREEK, CA 94596

FINKLE NEWTON FARMING, INC.
DBA COASTAL VINEYARD CARE ASSOCIATE
P.O. BOX 1184
SANTA YNEZ, CA 93460

GRGICH HILLS CELLAR
P.O. BOX 450
RUTHERFORD, CA 94573

JAY'S LANDSCAPES, INC.
4209 CARPINTERIA AVENUE
CARPINTERIA, CA 93013-1805

NOMBLOT CUVES
EN BATON DEPUIS
1922 2 ROUTE DE BEAUNE
71210 ECUISSES

PACIFIC FUNDING GROUP, INC
C/O SHALOM RUBANOWITZ, INC.
8281 MELROSE AVE. #205
LOS ANGELES, CA 90046

PREMIERE PACIFIC VINEYARDS
SANTA COLINA VINEYARDS, LLC
4 FINANCIAL PLAZA
NAPA, CA 94558

SALUD AYALA FARM LABOR CONTRACTOR
P.O. BOX 990
SELMA, CA 93662

SANTA COLINA VYD, LLC
P. O. BOX 3989
NAPA, CA 94558

SAVANNAH FARMS, LLC
P.O. BOX 687
6903 FOXEN CANYON ROAD
LOS OLIVOS, CA 93441

SIERRA MADRE RANCH HOLDINGS, LLC
1006 SEGOVIA CIRCLE
PLACENTIA, CA 92870

SILICON VALLEY BANK
3700 OLD REDWOOD HIGHWAY
SUITE 200
SANTA ROSA, CA 95403

SORENSON & SORENSON, CPAS
2027 VILLAGE LANE
SUITE 203
SOLVANG, CA 93463

STATE OF CALIFORNIA FRANCHISE TAX B
ATTENTION: BANKRUPTCY
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

STATE BOARD OF EQUALIZATION
3321 POWER INN ROAD
SUITE 210
SACRAMENTO, CA 95826-3889

THOMAS OLE DIAL, ET AL
C/O MEZZCAP PARTNERS, LLC
1880 CENTURY PARK EAST, STE. 700
LOS ANGELES, CA 90067

TONNELLERIE CLAUDE GILLET
PERE ET FILS
21190 SAINT ROMAIN, FRANCE

VICKMAN & ASSOCIATES
424 S. BEVERLY DRIVE
BEVERLY HILLS, CA 90212