**B9F (Official Form 9F)** (Chapter 11 Corporation or Partnership Asset Case) (12/07)

# UNITED STATES BANKRUPTCY COURT        Central District Of California

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on February 15, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 1415 State Street, Santa Barbara, CA 93101–2511**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>DAZ Vineyards, LLC<br>P. O. Box 836<br>Los Olivos,, CA 93441 | **Case Number:**<br>**9:10–bk–10689–RR** |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include trade names):<br>Debtor: dba Demetria Estate Winery<br><br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt EIN/Tax I.D.: 57–1222479 |
| Attorney for Debtor(s) (name and address):<br>William C Beall<br>Beall and Burkhardt<br>1114 State St Ste 200<br>Santa Barbara, CA 93101<br>Telephone number: 805–966–6774 | Bankruptcy Trustee (name and address):<br>none |

### Meeting of Creditors:

Date: **April 1, 2010**          Time: **09:45 AM**

Location: **128 East Carrillo St., Santa Barbara, CA 93101**

### Deadlines to File Proof of Claim:

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

Notice of deadline will be sent at a later time.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: June 1, 2010**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>U. S. Bankrupcty Court<br>1415 State Street,<br>Santa Barbara, CA 93101–2511<br>Telephone number: 805–884–4800 | **For the Court**<br>Clerk of the Bankruptcy Court<br>Kathleen J. Campbell |
|---|---|
| Hours Open: 9:00 AM – 4:00 PM | Date: March 2, 2010 |
| **(Form rev. 12/07:341–B9F)** | 28/KRU |

**EXPLANATIONS**                                                                   B9F (Official Form 9F) (12/07)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a Chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code §1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 1415 State Street, Santa Barbara, CA 93101–2511** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367. |

**–– Refer to Other Side for Important Deadlines and Notices ––**

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Central District Of California | PROOF OF CLAIM |
|---|---|
| Name of Debtor: DAZ Vineyards, LLC | Case Number: 9:10-10689-RR |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**     $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
  (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

  **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
  Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

  **Nature of property or right of setoff:**   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
  **Describe:**

  **Value of Property: $**_____  **Annual Interest Rate**___%

  **Amount of arrearage and other charges as of time case filed included in secured claim,**
  **if any: $**_____  **Basis for perfection:** _____

  **Amount of Secured Claim: $**_____  **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (12/08) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0973-9           User: krustC                 Page 1 of 2                   Date Rcvd: Mar 02, 2010
Case: 10-10689                 Form ID: b9f                 Total Noticed: 36


The following entities were noticed by first class mail on Mar 04, 2010.
db          +DAZ Vineyards, LLC,   P. O. Box 836,   Los Olivos,, CA 93441-0836
aty         +Brian D Fittipaldi,   128 E Carrillo St,   Santa Barbara, CA 93101-2111
aty         +Craig C Chiang,   Buchalter Nemer PC,   333 Market St 25th Fl,   San Francisco, CA 94105-2126
aty         +Jason R Wolf,   Hennigan Bennett & Dorman LLP,   865 S Figueroa St Ste 2900,
              Los Angeles, CA 90017-2576
smg         +County Assessor,   County Government Center, Room 100,   San Luis Obispo, CA 93408-0001
smg         +County Tax Collector,   P.O. Box 357,   Santa Barbara, CA 93102-0357
smg          Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
              Sacramento, CA 94280-0001
smg         +Securities & Exchange Commission,   5670 Wilshire Blvd., 11th Floor,   Los Angeles, CA 90036-5627
ust         +United States Trustee (ND),   21051 Warner Center Lane, Suite 115,
              Woodland Hills, CA 91367-6550
25676090     AEGON USA REALTY ADVISORS, INC.,   4333 EDGEWOOD ROAD NE,   CEDAR RAPIDS, IA 52499-5445
25676092     BERNICE JAMES TREASURER,   TAX COLLECTOR,   COUNTY OF SANTA BARBARA,   P.O. BOX 579,
              SANTA BARBARA, CA 93102-0579
25676080    +CENTRIUM & ASSOCIATES, LLC,   P.O. BOX 836,   LOS OLIVOS, CA 93441-0836
25676094     CNH CAPITAL AMERICA LLC,   P.O. BOX 894703,   LOS ANGELES, CA 90189-4703
25676085    +DAZ HOLDINGS, LLC,   P.O. BOX 836,   LOS OLIVOS, CA 93441-0836
25676097    +EURO-MACHINES, INC.,   497 EDISON COURT, SUITE G,   FAIRFIELD, CA 94534-1695
25676098    +FIDELITY NATIONAL TITLE COMPANY,   C/O MILLER, STARR & REGALIA,   P. O. BOX 8177,
              WALNUT CREEK, CA 94596-8177
25676099    +FINKLE NEWTON FARMING, INC.,   DBA COASTAL VINEYARD CARE ASSOCIATE,   P.O. BOX 1184,
              SANTA YNEZ, CA 93460-1184
25676100    +GRGICH HILLS CELLAR,   P.O. BOX 450,   RUTHERFORD, CA 94573-0450
25676101     JAY'S LANDSCAPES, INC.,   4209 CARPINTERIA AVENUE,   CARPINTERIA, CA 93013-1805
25676103    +PACIFIC FUNDING GROUP, INC,   C/O SHALOM RUBANOWITZ, INC.,   8281 MELROSE AVE. #205,
              LOS ANGELES, CA 90046-6890
25676104    +PREMIERE PACIFIC VINEYARDS,   SANTA COLINA VINEYARDS, LLC,   4 FINANCIAL PLAZA,
              NAPA, CA 94558-3043
25679444    +Premiere Pacific Vineyards,   Santa Colina Vineyards, LLC,   Attn: Jeff Ottoboni, Vice President,
              4 Financial Plaza,   Napa, CA 94558-3043
25676105    +SALUD AYALA FARM LABOR CONTRACTOR,   P.O. BOX 990,   SELMA, CA 93662-0990
25676106    +SANTA COLINA VYD, LLC,   P. O. BOX 3989,   NAPA, CA 94558-0563
25676107    +SAVANNAH FARMS, LLC,   P.O. BOX 687,   6903 FOXEN CANYON ROAD,   LOS OLIVOS, CA 93441-0687
25676108    +SIERRA MADRE RANCH HOLDINGS, LLC,   1006 SEGOVIA CIRCLE,   PLACENTIA, CA 92870-7100
25676109    +SILICON VALLEY BANK,   3700 OLD REDWOOD HIGHWAY,   SUITE 200,   SANTA ROSA, CA 95403-5739
25676110    +SORENSON & SORENSON, CPAS,   2027 VILLAGE LANE,   SUITE 203,   SOLVANG, CA 93463-2277
25676112    +STATE BOARD OF EQUALIZATION,   3321 POWER INN ROAD,   SUITE 210,   SACRAMENTO, CA 95826-3893
25676113    +THOMAS OLE DIAL, ET AL,   C/O MEZZCAP PARTNERS, LLC,   1880 CENTURY PARK EAST, STE. 700,
              LOS ANGELES, CA 90067-1618
25676114     TONNELLERIE CLAUDE GILLET,   PERE ET FILS,   21190 SAINT ROMAIN, FRANCE
25676115    +VICKMAN & ASSOCIATES,   424 S. BEVERLY DRIVE,   BEVERLY HILLS, CA 90212-4402

The following entities were noticed by electronic transmission on Mar 03, 2010.
aty         +E-mail/Text: artyc@aol.com                            William C Beall,   Beall and Burkhardt,
              1114 State St Ste 200,   Santa Barbara, CA 93101-6722
smg          EDI: CALTAX.COM Mar 02 2010 21:28:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
              Sacramento, CA 95812-2952
smg          EDI: IRS.COM Mar 02 2010 21:23:00      Internal Revenue Service,   P O Box 21126,
              Philadelphia, PA 19114-0325
25676111     EDI: CALTAX.COM Mar 02 2010 21:28:00      STATE OF CALIFORNIA FRANCHISE TAX B,
              ATTENTION: BANKRUPTCY,   P.O. BOX 2952,   SACRAMENTO, CA 95812-2952
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Courtesy NEF
25676091     BEL AIR TONNELLERIE,   42 ROUTE DE CREON,   33360 CENAC
25676102     NOMBLOT CUVES,   EN BATON DEPUIS,   1922 2 ROUTE DE BEAUNE,   71210 ECUISSES
                                                                                              TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0973-9           User: krustC              Page 2 of 2              Date Rcvd: Mar 02, 2010
Case: 10-10689                 Form ID: b9f              Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2010**                                    **Signature:** *Joseph Speetjens*