UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>   DAZ Vineyards, LLC<br><br><br><br>                                     Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:                    ND-10-10689<br>Operating Report Number:              1<br>For the Month Ending:           Feb-10 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          0.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS          0.00

3. BEGINNING BALANCE:          0.00

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing          3,201.15
   Accounts Receivable - Pre-filing
   General Sales
   Other (Specify)        Transfer from Old A/C          17,791.66
   **Other (Specify)

   TOTAL RECEIPTS THIS PERIOD:          20,992.81

5. BALANCE:          20,992.81

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)          11,000.00
   Disbursements (from page 2)          6,698.64

   TOTAL DISBURSEMENTS THIS PERIOD:***          17,698.64

7. ENDING BALANCE:          3,294.17

8. General Account Number(s):          102485125

   Depository Name & Location:          Santa Barbara Bank & Trust
   2010 Mission Dr. Solvang, CA  93463

---

\*  All receipts must be deposited into the general account.
\** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
\***This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 2/22/2010 | Phone | Verizon | Telephone | | 732.28 | 732.28 |
| 2/22/2010 | Phone | Verizon | Pay by Phone Fee | | 3.50 | 3.50 |
| 2/24/2010 | EFT | PGE | Utility | | 428.53 | 428.53 |
| 2/24/2010 | 1 | John Sutak | Insurance | | 5,263.46 | 5,263.46 |
| 2/25/2010 | 2 | Costco | Meals & Entertainment | | 270.87 | 270.87 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PER | | | | 0.00 | 6,698.64 | $6,698.64 |

RS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.
EMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 2/15-28/10 | Balance on Statement: | $8,778.50 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | 2/26/2010 | $50.00 | |

TOTAL DEPOSITS IN TRANSIT | 50.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1 | 2/24/2010 | 5,263.46 |
| 2 | 2/25/2010 | 270.87 |

TOTAL OUTSTANDING CHECKS: | 5,534.33

Bank statement Adjustments:

Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $3,294.17

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

SUMMARY OF RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                    0.00

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL              0.00
ACCOUNT REPORTS

3. BEGINNING BALANCE:                                                      0.00

4. RECEIPTS DURING CURRENT PERIOD:                                   11,100.00
   (Transferred from General Account)

5. BALANCE:                                                          11,100.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:***                              10,449.93

7. ENDING BALANCE:                                                     650.07

8. PAYROLL Account Number(s):                       102485133

   Depository Name & Location:          Santa Barbara Bank & Trust
                                        2010 Mission Dr. Solvang, CA  93463

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2/25/2010 | 1001 | Hernandez, Adriana | Payroll | 292.00 |
| 2/25/2010 | 1002 | Hernandez, Valentin | Payroll | 804.83 |
| 2/25/2010 | 1003 | Roth, Michael B. | Payroll | 2,992.26 |
| 2/25/2010 | 1004 | Waye, Harry | Payroll | 1,242.00 |
| 2/25/2010 | 1005 | Waye, Jennifer | Payroll | 1,517.30 |
| 2/25/2010 | 1006 | Herrera, Jose Alfonso | Payroll | 821.25 |
| 2/25/2010 | 1007 | Jimenez, Melquiades A | Payroll | 912.50 |
| 2/25/2010 | 1008 | Paz, Anselmo | Payroll | 821.25 |
| 2/25/2010 | 1009 | Jones, Mark | Payroll | 1,046.54 |

TOTAL DISBURSEMENTS THIS PERIOD:    10,449.93

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date:  2/1-2/28/10   Balance on Statement:   $5,348.44

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                             0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1009 | 2/25/2010 | 1,046.54 |
| 1007 | 2/25/2010 | 912.50 |
| 1006 | 2/25/2010 | 821.25 |
| 1008 | 2/25/2010 | 821.25 |
| 1002 | 2/25/2010 | 804.83 |
| 1001 | 2/25/2010 | 292.00 |

TOTAL OUTSTANDING CHECKS:                                       4,698.37

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                           $650.07

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

CASH RECEIPTS AND DISBURSEMENTS
C-2 (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                    0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX                        0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                     0

4.  RECEIPTS DURING CURRENT PERIOD:                                   100.00
    (Transferred from General Account)

5.  BALANCE:                                                         100.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                 0.00

7.  ENDING BALANCE:                                                  100.00

8.  TAX Account Number(s):                          102485141

    Depository Name & Location:          Santa Barbara Bank & Trust
                                         2010 Mission Dr. Solvang, CA  93463

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL DISBURSEMENTS THIS PERIOD:               0.00

## TAX ACCOUNT
## BANK RECONCILIATION

Bank statement Date:  2/1-2/28/10          Balance on Statement:          $100.00

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**TOTAL DEPOSITS IN TRANSIT**                                          0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**TOTAL OUTSTANDING CHECKS:**                                          0.00

Bank statement Adjustments:                                          _____
Explanation of Adjustments-

**ADJUSTED BANK BALANCE:**                                          $100.00

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. D. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  | | |
|---|---|---|
| General Account: | | 3,294.17 |
| Payroll Account: | | 650.07 |
| Tax Account: | | 100.00 |
| *Other Accounts: | | |
| | | |
| | | |
| *Other Monies: | | |
| **Petty Cash (from below): | | 0.00 |

TOTAL CASH AVAILABLE:                                          4,044.24

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                                 0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: 19,326.48

Total Wages Paid: 12,463.49

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 856.18 | 0.00 | |
| State Withholding | 285.83 | 0.00 | |
| FICA- Employer's Share | 1,044.04 | 0.00 | |
| FICA- Employee's Share | 1,044.04 | 0.00 | |
| Federal Unemployment | | | |
| Sales and Use | 1,691.07 | 0.00 | |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 4,921.16 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | *Accounts Payable | Accounts Receivable | |
|---|---|---|---|
| | Post-Petition | Pre-Petition | Post-Petition |
| 30 days or less | 12,019.23 | | 38,258.22 |
| 31 - 60 days | | | |
| 61 - 90 days | | | |
| 91 - 120 days | | | |
| Over 120 days | | | |
| TOTAL: | 12,019.23 | 0.00 | 38,258.22 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | One Beacon | 7.1 Million | 12/5/2010 | 3/5/2010 |
| Worker's Compensation | Zenith | 1 Million | 12/5/2010 | 2/28/2010 |
| Casualty | | | | |
| Vehicle | Progressive | | | |
| Others: Health | Anthem | | | 3/1/2010 |
| Homeowners | Firemans | 3.3 Million | 9/22/2010 | 3/22/2010 |
| Wine Bond | TWIW | 30,000 | 3/10/2011 | 3/10/2010 |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | 0.00 | | 0.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

# Demetria Vineyards and Winery
## Profit & Loss YTD Comparison
### February 15-28, 2010

|  | Feb 15-28, 10 | Feb 15-28, 10 |
|---|---|---|
| **Ordinary Income/Expense** | | |
|   **Income** | | |
|     Wine Sales | 21,215.06 | 21,215.06 |
|     Wine Discounts | -5,963.29 | -5,963.29 |
|     Wine Sales - Nontaxable | 30,782.89 | 30,782.89 |
|     Wine Discounts - Nontaxable | -10,912.61 | -10,912.61 |
|     Non Wine Sales | 5,096.00 | 5,096.00 |
|     Non-Wine Discounts | -2,500.00 | -2,500.00 |
|     Tasting Fees Sales | 1,121.81 | 1,121.81 |
|     Shipping and Delivery Income | 885.94 | 885.94 |
|   **Total Income** | 39,725.80 | 39,725.80 |
| | | |
|   **Cost of Goods Sold** | | |
|     Freight and Shipping Costs | 162.30 | 162.30 |
|   **Total COGS** | 162.30 | 162.30 |
| | | |
| **Gross Profit** | 39,563.50 | 39,563.50 |
| | | |
|   **Expense** | | |
|     Gas | 249.93 | 249.93 |
|     Licences and Permits | -50.00 | -50.00 |
|     Bank Service Charges | 31.57 | 31.57 |
|     Equipment Rental | 260.68 | 260.68 |
|     Insurance Expense | 9,563.56 | 9,563.56 |
|     Meals and Entertainment | 278.37 | 278.37 |
|     Office Supplies | 364.72 | 364.72 |
|     Payroll Expenses | 12,463.49 | 12,463.49 |
|     Postage and Delivery | 249.81 | 249.81 |
|     Professional Fees | 2,900.00 | 2,900.00 |
|     Telephone Expense | 1,104.21 | 1,104.21 |
|     Travel Expense | 224.70 | 224.70 |
|     Utilities | 1,182.77 | 1,182.77 |
|   **Total Expense** | 28,823.81 | 28,823.81 |
| | | |
| **Net Ordinary Income** | 10,739.69 | 10,739.69 |
| | | |
| **Net Income** | 10,739.69 | 10,739.69 |

# Demetria Vineyards and Winery
## Balance Sheet
### February 15-28, 2010

|  | Feb 15-28, 10 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Checking - Operating - 5125 | 3,294.17 |
| Checking - Payrol - 5133 | 650.07 |
| Checking - Tax - 5141 | 100.00 |
| **Total Checking/Savings** | 4,044.24 |
| | |
| **Accounts Receivable** | |
| Accounts Receivable | 38,258.22 |
| **Total Accounts Receivable** | 38,258.22 |
| | |
| **Total Current Assets** | 42,302.46 |
| | |
| **Other Assets** | |
| Equipment | 2,152.75 |
| **Total Other Assets** | 2,152.75 |
| | |
| **TOTAL ASSETS** | **44,455.21** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| *Accounts Payable | 12,019.23 |
| **Total Accounts Payable** | 12,019.23 |
| | |
| **Other Current Liabilities** | |
| Payroll Liabilities | 2,013.56 |
| Sales Tax Payable | 1,691.07 |
| **Total Other Current Liabilities** | 3,704.63 |
| | |
| **Total Current Liabilities** | 15,723.86 |
| | |
| **Total Liabilities** | 15,723.86 |
| | |
| **Equity** | |
| Opening Balance Equity | 17,991.66 |
| Net Income | 10,739.69 |
| **Total Equity** | 28,731.35 |
| | |
| **TOTAL LIABILITIES & EQUITY** | **44,455.21** |

Page 1 of 1

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|--|--|----|-----|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:          ___  X

   Utility and insurance payments

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:          No  Yes
   X  ___

3. State what progress was made during the reporting period toward filing a plan of reorganization
   Petitioner is preparing financial proforma for submission

4. Describe potential future developments which may have a significant impact on the case:
   None known

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.
   None known

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.          No  Yes
   X  ___

I, John Zahoudanis, Member, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

3/15/10
Date

Principal for debtor-in-possession