UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | | CHAPTER 11 (BUSINESS) | |
|---|---|---|---|
| DAZ Vineyards, LLC | | | |
| | | Case Number: | ND-10-10689 |
| | | Operating Report Number: | 2 |
| | Debtor(s). | For the Month Ending: | Mar-10 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 20,992.81

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 17,698.64

3.  BEGINNING BALANCE: — 3,294.17

4.  RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | | 66,434.76 |
| Accounts Receivable - Pre-filing | | |
| General Sales | | |
| Other (Specify) | Transfer from Payroll | 1,227.00 |
| Other (Specify) | Transfer from Old A/C | 1,084.04 |
| **Other (Specify) | Refund | 86.66 |

TOTAL RECEIPTS THIS PERIOD: — 68,832.46

5.  BALANCE: — 72,126.63

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 37,602.00 |
| Disbursements (from page 2) | 27,333.13 |

TOTAL DISBURSEMENTS THIS PERIOD:*** — 64,935.13

7.  ENDING BALANCE: — 7,191.50

8.  General Account Number(s): — 102485125

Depository Name & Location: — Santa Barbara Bank & Trust
2010 Mission Dr. Solvang, CA 93463

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 3/1/2010 | EFT | Cynergy Data | Merchant Fees | | 297.07 | 297.07 |
| 3/1/2010 | EFT | Old Account | Cover Old Account | | 728.64 | 728.64 |
| 3/1/2010 | 1001 | Let's Travel | Travel | | 224.70 | 224.70 |
| 3/1/2010 | EFT | Payroll | Payroll | 1,400.00 | | 1,400.00 |
| 3/2/2010 | EFT | Merch Svcs | Merchant Fees | | 153.29 | 153.29 |
| 3/2/2010 | 1003 | UPS | Postage & Delivery | | 58.12 | 58.12 |
| 3/2/2010 | 1012 | Zenith | Insurance | | 1,408.00 | 1,408.00 |
| 3/3/2010 | EFT | Dish | Utilities | | 35.98 | 35.98 |
| 3/3/2010 | EFT | DirectTV | Utilities | | 112.26 | 112.26 |
| 3/3/2010 | EFT | Anthem Blue Cross | Insurance | | 2,952.10 | 2,952.10 |
| 3/3/2010 | 1013 | Petty Cash | Supplies | | 100.00 | 100.00 |
| 3/5/2010 | EFT | UPS | Postage & Delivery | | 249.81 | 249.81 |
| 3/5/2010 | 1014 | Sorenson & Sorenson | Professional Services | | 3,500.00 | 3,500.00 |
| 3/6/2010 | EFT | Payroll | Payroll | 2,500.00 | | 2,500.00 |
| 3/10/2010 | EFT | Payroll | Payroll | 7,500.00 | | 7,500.00 |
| 3/10/2010 | EFT | Payroll | Payroll | 4,700.00 | | 4,700.00 |
| 3/12/2010 | EFT | UPS | Postage & Delivery | | 238.99 | 238.99 |
| 3/12/2010 | EFT | AmEx | Merchant Fees | | 4.95 | 4.95 |
| 3/12/2010 | 1015 | CNH Capital | Equipment Payment | | 755.80 | 755.80 |
| 3/12/2010 | 1016 | CNH Capital | Equipment Payment | | 939.25 | 939.25 |
| 3/12/2010 | 1017 | Premium Financing | Insurance | | 1,729.93 | 1,729.93 |
| 3/12/2010 | EFT | Tax | Taxes | 2,600.00 | | 2,600.00 |
| 3/12/2010 | EFT | Tax | Taxes | 1,227.00 | | 1,227.00 |
| 3/15/2010 | EFT | Verizon Wireless | Telephone | | 188.84 | 188.84 |
| 3/15/2010 | EFT | AmEx | Merchant Fees | | 21.85 | 21.85 |
| 3/16/2010 | EFT | AmEx | Merchant Fees | | 508.46 | 508.46 |
| 3/17/2010 | 1004 | JB Dewar, Inc. | Gas | | 1,575.45 | 1,575.45 |
| 3/17/2010 | 1018 | Marborg Industries | Utilities | | 500.00 | 500.00 |
| 3/17/2010 | EFT | Tax | Taxes | 1,975.00 | | 1,975.00 |
| 3/18/2010 | 1019 | Update Software | Equipment Payment | | 684.00 | 684.00 |
| 3/18/2010 | 1020 | Health Sanitation | Utilities | | 914.30 | 914.30 |
| 3/19/2010 | EFT | UPS | Postage & Delivery | | 457.64 | 457.64 |
| 3/19/2010 | EFT | Verizon | Telephone | | 224.44 | 224.44 |
| 3/19/2010 | 1021 | Sorenson & Sorenson | Professional Services | | 2,000.00 | 2,000.00 |
| 3/19/2010 | 1022 | Atlas Performance | Rental Equipment | | 90.00 | 90.00 |
| 3/23/2010 | 1023 | Hardware | Supplies | | 165.51 | 165.51 |
| 3/24/2010 | EFT | SBBT | Bank Fees | | 26.00 | 26.00 |
| 3/24/2010 | EFT | Payroll | Payroll | 7,000.00 | | 7,000.00 |
| 3/25/2010 | 1025 | Petty Cash | Supplies | | 200.00 | 200.00 |
| 3/25/2010 | EFT | Payroll | Payroll | 2,000.00 | | 2,000.00 |
| 3/26/2010 | EFT | PGE | Utilities | | 968.36 | 968.36 |
| 3/26/2010 | EFT | UPS | Postage & Delivery | | 472.04 | 472.04 |
| 3/26/2010 | EFT | Hughesnet | Internet Expenses | | 223.34 | 223.34 |
| 3/29/2010 | EFT | SBBT | Bank Fees | | 26.00 | 26.00 |
| 3/29/2010 | 1027 | Arrowhead Direct | Utilities | | 430.95 | 430.95 |
| 3/30/2010 | EFT | PGE | Utilities | | 347.92 | 347.92 |
| 3/30/2010 | EFT | Lunarpages | Internet Expenses | | 358.80 | 358.80 |
| 3/30/2010 | EFT | Mercury Casualty | Insurance | | 343.33 | 343.33 |
| 3/31/2010 | 1005 | Pride Polymers | Packing Materials | | 2,006.00 | 2,006.00 |
| 3/31/2010 | 1006 | Reidel Wine Glass | Tasting Room Supplies | | 1,056.01 | 1,056.01 |
| 3/31/2010 | 1007 | Secretary of State - GA | Licence | | 55.00 | 55.00 |

| 3/31/2010 | EFT | Tax | Taxes | 5,000.00 | | 5,000.00 |
|---|---|---|---|---|---|---|
| 3/31/2010 | EFT | Tax | Taxes | 1,700.00 | | 1,700.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 37,602.00 | 27,333.13 | $64,935.13 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# GENERAL ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 3/1-31/10 | Balance on Statement: | $11,641.59 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

**TOTAL DEPOSITS IN TRANSIT**                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1025 | 3/25/2010 | 200.00 |
| 1027 | 3/29/2010 | 430.95 |
| EFT | 3/30/2010 | 358.80 |
| EFT | 3/30/2010 | 343.33 |
| 1005 | 3/31/2010 | 2,006.00 |
| 1006 | 3/31/2010 | 1,056.01 |
| 1007 | 3/31/2010 | 55.00 |

**TOTAL OUTSTANDING CHECKS:**                                    4,450.09

Bank statement Adjustments:                          _____
Explanation of Adjustments-

**ADJUSTED BANK BALANCE:**                                    $7,191.50

Page 3 of 16

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. PAYROLL ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS      11,100.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL      10,449.93
ACCOUNT REPORTS

3. BEGINNING BALANCE:      650.07

4. RECEIPTS DURING CURRENT PERIOD:      23,073.00
   (Transferred from General Account)

5. BALANCE:      23,723.07

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:***      23,549.81

7. ENDING BALANCE:      173.26

8. PAYROLL Account Number(s):      102485133

Depository Name & Location:      Santa Barbara Bank & Trust
     2010 Mission Dr. Solvang, CA 93463

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 3/1/2010 | 1010 | Jones, Mark | Payroll | 1,942.01 |
| 3/11/2010 | 1 | Hernandez, Valentin | Payroll | 292.00 |
| 3/11/2010 | 2 | Hernandez, Valentin | Payroll | 804.83 |
| 3/11/2010 | 3 | Herrera, Jose Alfonso | Payroll | 295.65 |
| 3/11/2010 | 4 | Jimenez, Melquiades A | Payroll | 912.50 |
| 3/11/2010 | 5 | Paz, Anselmo | Payroll | 295.65 |
| 3/11/2010 | 6 | Roth, Michael B. | Payroll | 2,737.53 |
| 3/11/2010 | 7 | Waye, Harry | Payroll | 1,242.00 |
| 3/11/2010 | 8 | Waye, Jennifer | Payroll | 1,517.30 |
| 3/11/2010 | 9 | Zahoudanis, Constantine | Payroll | 2,982.95 |
| 3/25/2010 | 10 | Hernandez, Valentin | Payroll | 292.00 |
| 3/25/2010 | 11 | Hernandez, Valentin | Payroll | 804.83 |
| 3/25/2010 | 12 | Jimenez, Melquiades A | Payroll | 912.50 |
| 3/25/2010 | 13 | Roth, Michael B. | Payroll | 2,737.53 |
| 3/25/2010 | 14 | Waye, Harry | Payroll | 1,242.00 |
| 3/25/2010 | 15 | Waye, Jennifer | Payroll | 1,517.30 |
| 3/25/2010 | 16 | Zahoudanis, Constantine | Payroll | 2,982.95 |
| 3/31/2010 | EFT | SBBT | Bank Fee | 26.00 |
| 3/31/2010 | EFT | SBBT | Bank Fee | 12.00 |
| 3/31/2010 | EFT | SBBT | Bank Fee | 0.28 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 23,549.81 |

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date:   3/1-31/10   Balance on Statement:   $173.26

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                      0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                      0.00

Bank statement Adjustments:                        _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                      $173.26

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
TAX ACCOUNT

| | |
|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | 100.00 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | 0.00 |
| 3.  BEGINNING BALANCE: | 100.00 |
| 4.  RECEIPTS DURING CURRENT PERIOD: (Transferred from General Account) | 13,302.00 |
| 5.  BALANCE: | 13,402.00 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD TOTAL DISBURSEMENTS THIS PERIOD:*** | 13,125.59 |
| 7.  ENDING BALANCE: | 276.41 |
| 8.  TAX Account Number(s): | 102485141 |

Depository Name & Location:      Santa Barbara Bank & Trust
                                 2010 Mission Dr. Solvang, CA  93463

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 3/4/2010 | 1001 | SBBT | Fed Payroll Taxes | 2,592.08 |
| 3/17/2010 | 1002 | EDD | State Payroll Taxes | 1,246.42 |
| 3/17/2010 | 1003 | SBBT | Fed Payroll Taxes | 4,558.63 |
| 3/31/2010 | EFT | SBBT | Bank Fee | 12.00 |
| 3/31/2010 | 1004 | EDD | State Payroll Taxes | 790.33 |
| 3/31/2010 | 1005 | SBBT | Fed Payroll Taxes | 3,926.13 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Page 8 of 16 | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 13,125.59 |

TAX ACCOUNT
BANK RECONCILIATION

| | | |
|---|---|---|
| Bank statement Date: | 3/1-31/10 | Balance on Statement: | $1,066.74 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1004 | 3/31/2010 | 790.33 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:    790.33

Bank statement Adjustments:    _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:    $276.41

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH
ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |  |
|---|---|---|
| General Account: | | 7,191.50 |
| Payroll Account: | | 173.26 |
| Tax Account: | | 276.41 |

*Other Accounts:

*Other Monies:

**Petty Cash (from below):    0.00

TOTAL CASH AVAILABLE:                                    7,641.17


Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                        0.00


* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax:     37,626.69
Total Wages Paid:     31,266.26

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 0.00 | 0.00 |  |
| State Withholding | 0.00 | 0.00 |  |
| FICA- Employer's Share | 0.00 | 0.00 |  |
| FICA- Employee's Share | 0.00 | 0.00 |  |
| Federal Unemployment | 0.00 | 0.00 |  |
| Sales and Use | 3,292.34 | 0.00 |  |
| Real Property | 0.00 | 0.00 |  |
| Other: |  |  |  |
| TOTAL: | 3,292.34 | 0.00 |  |

IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 19,308.66 |  | 14,434.22 |
| 31 - 60 days | 835.82 |  | 18,181.38 |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 20,144.48 | 0.00 | 32,615.60 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | One Beacon | 7.1 Million | 12/5/2010 | 4/5/2010 |
| Worker's Compensation | Zenith | 1 Million | 12/5/2010 | 3/31/2010 |
| Casualty |  |  |  |  |
| Vehicle | Mercury |  |  | 4/1/2010 |
| Health |  |  |  |  |
| Others: Homeowners | Firemans | 3.3 Million | 9/22/2010 | 4/19/2010 |
| Wine Bond | TWIW | 30,000 | 3/10/2011 | 4/10/2010 |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 3/31/10 | 129,759.70 | 975.00 |  | 0.00 | 975.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 975.00 |  | 0.00 | 975.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Constantine Alexis Zahoudanis | 2/18/2010 | 10,000 per month | 9,230.76 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

3:41 PM                         Dameron Vineyards and Winery
04/08/10                            **Balance Sheet**
Accrual Basis                     **As of March 31, 2010**

|                                          | Mar 31, 10 |
|------------------------------------------|-----------:|
| **ASSETS**                               |            |
| **Current Assets**                       |            |
| **Checking/Savings**                     |            |
| Checking - Operating - 5125              | 7,191.50   |
| Checking - Payroll - 5133                | 173.26     |
| Checking - Tax - 5141                    | 276.41     |
| **Total Checking/Savings**               | 7,641.17   |
| **Accounts Receivable**                  |            |
| Accounts Receivable                      | 50,027.36  |
| **Total Accounts Receivable**            | 50,027.36  |
| **Total Current Assets**                 | 57,668.53  |
| **Other Assets**                         |            |
| Equipment                                | 4,510.00   |
| **Total Other Assets**                   | 4,510.00   |
| **TOTAL ASSETS**                         | **62,178.53** |
| **LIABILITIES & EQUITY**                 |            |
| **Liabilities**                          |            |
| **Current Liabilities**                  |            |
| **Accounts Payable**                     |            |
| *Accounts Payable                        | 21,773.06  |
| **Total Accounts Payable**               | 21,773.06  |
| **Other Current Liabilities**            |            |
| Sales Tax Payable                        | 3,292.34   |
| **Total Other Current Liabilities**      | 3,292.34   |
| **Total Current Liabilities**            | 25,065.40  |
| **Total Liabilities**                    | 25,065.40  |
| **Equity**                               |            |
| Opening Balance Equity                   | 18,347.06  |
| Net Income                               | 18,766.07  |
| **Total Equity**                         | 37,113.13  |
| **TOTAL LIABILITIES & EQUITY**           | **62,178.53** |

3:41 PM

04/08/10

Accrual Basis

# Demetria Vineyards and Winery
# Profit & Loss
### March 2010

|  | Mar 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Wine Discounts | -5,217.63 |
| Wine Discounts - Nontaxable | -36,038.00 |
| Non Wine Sales | 42,844.32 |
| Non-Wine Sales - Nontaxable | 68,382.68 |
| Tasting Fees Sales | 3,310.21 |
| Shipping and Delivery Income | 1,623.88 |
| **Total Income** | 74,905.46 |
| **Cost of Goods Sold** | |
| Freight and Shipping Costs | 2,006.00 |
| Merchant Account Fees | 985.62 |
| **Total COGS** | 2,991.62 |
| **Gross Profit** | 71,913.84 |
| **Expense** | |
| Automobile Expense | 30.00 |
| Bank Service Charges | 765.96 |
| Computer and Internet Expenses | 582.14 |
| Equipment Rental | 601.95 |
| Gas | 1,876.34 |
| Insurance Expense | 8,401.44 |
| Licences and Permits | 1,030.00 |
| Meals and Entertainment | 120.20 |
| Office Supplies | -86.66 |
| Payroll Expenses | 31,266.26 |
| Payroll Taxes | 3,345.30 |
| Postage and Delivery | 1,423.79 |
| Professional Fees | 149.91 |
| Rent Expense | 44.70 |
| Supplies | 443.37 |
| Tasting Room Expenses | 1,056.01 |
| Telephone Expense | 902.81 |
| Utilities | 2,978.54 |
| **Total Expense** | 54,932.06 |
| **Net Ordinary Income** | 16,981.78 |
| **Net Income** | 16,981.78 |

XI.  QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:     ___   X
   Utility and insurance payments

                                                            No   Yes

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:     X   ___

3. State what progress was made during the reporting period toward filing a plan of reorganization
   Petitioner is preparing financial proforma for submission

4. Describe potential future developments which may have a significant impact on the case:
   None known

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.
   None known

                                                            No   Yes

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.     X   ___

I, John Zahoudanis, Member, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

4/12/10
_____
Date

Page 16 of 16

_____
Principal for debtor-in-possession