UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>　DAZ Vineyards, LLC<br><br><br>　　　　　　　　　Debtor(s). | CHAPTER 11 (BUSINESS) |
|---|---|
| | Case Number:　　　　　　ND-10-10689<br>Operating Report Number:　　　3<br>For the Month Ending:　　　Apr-10 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      89,825.27

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL      82,633.77
ACCOUNT REPORTS

3.  BEGINNING BALANCE:      7,191.50

4.  RECEIPTS DURING CURRENT PERIOD:
　　Accounts Receivable - Post-filing      172,019.67
　　Accounts Receivable - Pre-filing
　　General Sales
　　Other (Specify)      0.00
　　Other (Specify)      0.00
　　**Other (Specify)      0.00

　　TOTAL RECEIPTS THIS PERIOD:      172,019.67

5.  BALANCE:      179,211.17

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
　　Transfers to Other DIP Accounts (from page 2)      46,660.00
　　Disbursements (from page 2)      97,895.83

　　TOTAL DISBURSEMENTS THIS PERIOD:***      144,555.83

7.  ENDING BALANCE:      34,655.34

8.  General Account Number(s):      102485125

　　Depository Name & Location:      Santa Barbara Bank & Trust
　　　　　　　　　　　　　　　　2010 Mission Dr. Solvang, CA  93463

*   All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
　　to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

### TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 04/01/2010 | EFT | Zenith Insurance Company | Insurance | | 1,408.00 | 1,408.00 |
| 04/02/2010 | 1009 | MA Certificate of Compliance Application | Licences and Permits | | 200.00 | 200.00 |
| 04/02/2010 | 1028 | Sorenson & Sorenson CPAs | Professional Fees | | 2,500.00 | 2,500.00 |
| 04/02/2010 | EFT | UPS | Freight and Shipping Costs | | 331.16 | 331.16 |
| 04/02/2010 | EFT | Merchant Svs Bkcrd Fees | Merchant Account Fees | | 149.52 | 149.52 |
| 04/02/2010 | 1008 | Hartford Fire Insurance - GA | Licences and Permits | | 100.00 | 100.00 |
| 04/04/2010 | 1010 | St. Barbara's Greek Church | Donations | | 180.00 | 180.00 |
| 04/05/2010 | 1011 | Staples | Office Supplies | | 300.17 | 300.17 |
| 04/05/2010 | EFT | Toyota Financial Services | Equipment | | 1,124.22 | 1,124.22 |
| 04/05/2010 | EFT | Discover Network | Merchant Account Fees | | 56.03 | 56.03 |
| 04/05/2010 | EFT | Directv | Utilities | | 93.85 | 93.85 |
| 04/06/2010 | 1040 | PGE 27-8 | Utilities | | 737.93 | 737.93 |
| 04/06/2010 | 1041 | Vintegrated Solutions, LLC | Rent Expense | | 44.70 | 44.70 |
| 04/06/2010 | 1042 | Central Coast Packaging, LLC | Freight and Shipping Costs | | 53.75 | 53.75 |
| 04/06/2010 | 1043 | Fireman's Fund Insurance Company | Insurance | | 1,848.00 | 1,848.00 |
| 04/06/2010 | Phone | PGE 79-7 | Utilities | | 1,269.54 | 1,269.54 |
| 04/06/2010 | 1030 | BC Pump Sales & Service Inc. | Repairs and Maintenance | | 120.00 | 120.00 |
| 04/06/2010 | 1031 | Costco | Meals and Entertainment | | 341.51 | 341.51 |
| 04/06/2010 | 1036 | SYV Bocce | Advertising and Promotion | | 200.00 | 200.00 |
| 04/06/2010 | 1032 | Phoenix Glass Decorating Co. | Tasting Room Expenses | | 493.92 | 493.92 |
| 04/07/2010 | Trams | To Payroll | Payroll | 6,400.00 | | 6,400.00 |
| 04/07/2010 | 1044 | TWIW | Insurance | | 660.00 | 660.00 |
| 04/08/2010 | EFT | Go Daddy Web | Computer and Internet Expenses | | 20.00 | 20.00 |
| 04/08/2010 | 1035 | Valley Hardware | Landscaping | | 88.25 | 88.25 |
| 04/08/2010 | 1034 | Rolling Hills Garden Ctr. | Landscaping | | 260.20 | 260.20 |
| 04/08/2010 | Trans | To Payroll | Payroll | 4,200.00 | | 4,200.00 |
| 04/09/2010 | 1045 | Premium Financing Specialists of CA, Inc. | Insurance | | 1,902.93 | 1,902.93 |
| 04/09/2010 | 1046 | Verizon - 85 02 | Utilities | | 371.93 | 371.93 |
| 04/09/2010 | EFT | UPS | Freight and Shipping Costs | | 329.58 | 329.58 |
| 04/09/2010 | 1038 | Berchtold | Repairs and Maintenance | | 91.09 | 91.09 |
| 04/09/2010 | 1039 | Napa Auto Parts | Repairs and Maintenance | | 232.55 | 232.55 |
| 04/11/2010 | 1052 | Roth, Michael B. | Reimbursements | | 5,424.74 | 5,424.74 |
| 04/13/2010 | EFT | American Express Collection | Merchant Account Fees | | 4.95 | 4.95 |
| 04/13/2010 | 1048 | Cash | Reimbursements | | 800.00 | 800.00 |
| 04/13/2010 | 1047 | J & K Pool Construction | Landscaping | | 2,500.00 | 2,500.00 |
| 04/13/2010 | 1049 | Harrison Hardware | Landscaping | | 390.60 | 390.60 |
| 04/14/2010 | 1037 | American Tartaric Products Inc. | Vineyard/Winemaking Expenses | | 341.28 | 341.28 |
| 04/14/2010 | EFT | Verizon - 85 02 | Utilities | | 489.53 | 489.53 |
| 04/14/2010 | EFT | Verizon - 85 02 | Bank Service Charges | | 3.50 | 3.50 |
| 04/14/2010 | 1059 | Casterline, Madalene | Freight and Shipping Costs | | 3,125.00 | 3,125.00 |
| 04/14/2010 | 1061 | Aeris | Gas | | 956.71 | 956.71 |
| 04/14/2010 | 1054 | Western Propane Service, Inc. | Utilities | | 2,411.43 | 2,411.43 |
| 04/14/2010 | Trans | To Tax | Tax | 4,300.00 | | 4,300.00 |
| 04/15/2010 | 1062 | CNH Capital - 963 | Equipment | | 755.80 | 755.80 |
| 04/15/2010 | 1063 | CNH Capital - 969 | Equipment | | 939.25 | 939.25 |
| 04/15/2010 | 1064 | Culligan of Lompoc | Utilities | | 173.37 | 173.37 |
| 04/15/2010 | 1065 | Matilija Pure Water Systems | Equipment Rental | | 263.00 | 263.00 |
| 04/15/2010 | 1066 | Premium Financing Specialists of CA, Inc. | Insurance | | 1,729.93 | 1,729.93 |
| 04/15/2010 | 1067 | Update Software, Inc. | Equipment | | 684.00 | 684.00 |

| 04/15/2010 | 1068 | Sorenson & Sorenson CPAs | Professional Fees | | 2,500.00 | 2,500.00 |
|---|---|---|---|---|---|---|
| 04/15/2010 | 1069 | United States Trustee | Licences and Permits | | 975.00 | 975.00 |
| 04/15/2010 | 1071 | Sierra Madre Ranch Holdings, LLC | Inventory - Grapes | | 15,000.00 | 15,000.00 |
| 04/15/2010 | 1050 | Napa Auto Parts | Repairs and Maintenance | | 65.90 | 65.90 |
| 04/15/2010 | 1073 | Cash | Landscaping | | 1,750.00 | 1,750.00 |
| 04/15/2010 | 1055 | Berchtold | Repairs and Maintenance | | 109.11 | 109.11 |
| 04/15/2010 | 1051 | Staples | Office Supplies | | 115.24 | 115.24 |
| 04/15/2010 | Trans | To Taxes | Taxes | 8,200.00 | | 8,200.00 |
| 04/15/2010 | Trans | To Taxes | Taxes | 460.00 | | 460.00 |
| 04/16/2010 | 1056 | Steve's Wheel & Tire | Automobile Expenses | | 421.67 | 421.67 |
| 04/16/2010 | 1074 | Cash | Vineyard/Winemaking Expenses | | 2,800.00 | 2,800.00 |
| 04/16/2010 | EFT | American Express Collection | Merchant Account Fees | | 14.64 | 14.64 |
| 04/16/2010 | EFT | UPS | Freight and Shipping Costs | | 224.54 | 224.54 |
| 04/16/2010 | EFT | American Express Discount | Merchant Account Fees | | 384.16 | 384.16 |
| 04/19/2010 | 1076 | Hayward, William | Outside Services | | 3,000.00 | 3,000.00 |
| 04/19/2010 | 1075 | Cash | Tasting Room Expenses | | 1,600.00 | 1,600.00 |
| 04/19/2010 | 1080 | Treasurer of State of Ohio | Licences and Permits | | 91.29 | 91.29 |
| 04/19/2010 | 1079 | Sommelier Journal | Vineyard/Winemaking Expenses | | 206.22 | 206.22 |
| 04/19/2010 | 1078 | Labeltronix | Vineyard/Winemaking Expenses | | 2,302.76 | 2,302.76 |
| 04/19/2010 | 1113 | Sign Management Company | Advertising and Promotion | | 50.00 | 50.00 |
| 04/21/2010 | EFT | UPS | Freight and Shipping Costs | | 6,745.01 | 6,745.01 |
| 04/21/2010 | EFT | Hughesnet | Computer and Internet Expenses | | 223.34 | 223.34 |
| 04/21/2010 | Trans | To Taxes | Taxes | 6,400.00 | | 6,400.00 |
| 04/22/2010 | 1033 | Crop Production Services, Inc. | Vineyard/Winemaking Expenses | | 543.21 | 543.21 |
| 04/22/2010 | 1077 | Farm Supply | Vineyard/Winemaking Expenses | | 380.24 | 380.24 |
| 04/23/2010 | EFT | UPS | Freight and Shipping Costs | | 176.30 | 176.30 |
| 04/23/2010 | EFT | Dish Network | Utilities | | 20.00 | 20.00 |
| 04/23/2010 | Trans | To Payroll | Payroll | 6,200.00 | | 6,200.00 |
| 04/26/2010 | 1081 | Coda Development | Professional Fees | | 4,500.00 | 4,500.00 |
| 04/26/2010 | 1082 | CVS | Supplies | | 54.05 | 54.05 |
| 04/26/2010 | Trans | To Payroll | Payroll | 400.00 | | 400.00 |
| 04/28/2010 | 1084 | Smart & Final | Special Events | | 254.03 | 254.03 |
| 04/28/2010 | Trans | To Taxes | Taxes | 10,100.00 | | 10,100.00 |
| 04/29/2010 | 1093 | Aeris | Gas | | 393.42 | 393.42 |
| 04/29/2010 | 1094 | Arrowhead Direct | Utilities | | 23.68 | 23.68 |
| 04/29/2010 | 1095 | Atlas Performance Industries, Inc. | Equipment Rental | | 180.00 | 180.00 |
| 04/29/2010 | 1096 | CNH Capital - 963 | Equipment | | 755.80 | 755.80 |
| 04/29/2010 | 1097 | CNH Capital - 969 | Equipment | | 939.25 | 939.25 |
| 04/29/2010 | 1098 | Dependable Highway Express | Freight and Shipping Costs | | 66.39 | 66.39 |
| 04/29/2010 | 1099 | Marborg Industries 269-2 | Utilities | | 227.64 | 227.64 |
| 04/29/2010 | 1100 | Marborg Industries 778-3 | Utilities | | 7.50 | 7.50 |
| 04/29/2010 | 1101 | Matilija Pure Water Systems | Equipment Rental | | 101.00 | 101.00 |
| 04/29/2010 | 1102 | Paychex, Inc. | Outside Services | | 149.91 | 149.91 |
| 04/29/2010 | 1103 | PGE 79-7 | Utilities | | 808.76 | 808.76 |
| 04/29/2010 | 1104 | Premium Financing Specialists of CA, Inc. | Insurance | | 1,729.93 | 1,729.93 |
| 04/29/2010 | 1105 | Rockin CJ Transport | Freight and Shipping Costs | | 380.00 | 380.00 |
| 04/29/2010 | 1106 | Safeguard Business Systems | Office Supplies | | 367.11 | 367.11 |
| 04/29/2010 | 1107 | Sorenson & Sorenson CPAs | Professional Fees | | 2,380.00 | 2,380.00 |
| 04/29/2010 | 1108 | The Hole Works | Repairs and Maintenance | | 425.00 | 425.00 |
| 04/29/2010 | 1109 | Unitech Scientific | Vineyard/Winemaking Expenses | | 231.63 | 231.63 |
| 04/29/2010 | 1110 | Vintegrated Solutions, LLC | Rent Expense | | 162.30 | 162.30 |
| 04/29/2010 | 1111 | Zenith Insurance Company | Insurance | | 1,408.00 | 1,408.00 |
| 04/29/2010 | 1112 | Update Software, Inc. | Computer and Internet Expenses | | 684.00 | 684.00 |
| 04/29/2010 | 1114 | Zee Medical Service Co. | Supplies | | 127.07 | 127.07 |

| Date | Check | Payee | Category | | | |
|---|---|---|---|---|---|---|
| 04/29/2010 | 1115 | United States Trustee | Licences and Permits | | 650.00 | 650.00 |
| 04/29/2010 | 1116 | Verizon - 85 02 | Utilities | | 384.17 | 384.17 |
| 04/29/2010 | 1085 | JB Dewar, Inc. | Gas | | 2,303.62 | 2,303.62 |
| 04/29/2010 | 1086 | Smart & Final | Special Events | | 202.22 | 202.22 |
| 04/29/2010 | 1083 | Central Coast Wine Classic | Event Fees | | 50.00 | 50.00 |
| 04/29/2010 | 1087 | Staples | Office Supplies | | 352.08 | 352.08 |
| 04/30/2010 | EFT | UPS | Freight and Shipping Costs | | 278.83 | 278.83 |
| 04/30/2010 | 1117 | On-Site Computer | Computer and Internet Expenses | | 955.52 | 955.52 |
| 04/30/2010 | 1088 | El Rancho | Special Events | | 162.37 | 162.37 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 46,660.00 | 97,895.83 | 144,555.83 |

| | | | |
|---|---|---|---|
| Bank statement Date: | 4/1-30/10 | Balance on Statement: | $51,567.74 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1113 | 4/19/2010 | 50.00 |
| 1084 | 4/28/2010 | 254.03 |
| 1107 | 4/29/2010 | 2,380.00 |
| 1085 | 4/29/2010 | 2,303.62 |
| 1104 | 4/29/2010 | 1,729.93 |
| 1111 | 4/29/2010 | 1,408.00 |
| 1097 | 4/29/2010 | 939.25 |
| 1103 | 4/29/2010 | 808.76 |
| 1096 | 4/29/2010 | 755.80 |
| 1112 | 4/29/2010 | 684.00 |
| 1115 | 4/29/2010 | 650.00 |
| 1108 | 4/29/2010 | 425.00 |
| 1093 | 4/29/2010 | 393.42 |
| 1116 | 4/29/2010 | 384.17 |
| 1105 | 4/29/2010 | 380.00 |
| 1106 | 4/29/2010 | 367.11 |
| 1087 | 4/29/2010 | 352.08 |
| 1109 | 4/29/2010 | 231.63 |
| 1099 | 4/29/2010 | 227.64 |
| 1086 | 4/29/2010 | 202.22 |
| 1095 | 4/29/2010 | 180.00 |
| 1110 | 4/29/2010 | 162.30 |
| 1102 | 4/29/2010 | 149.91 |
| 1114 | 4/29/2010 | 127.07 |
| 1101 | 4/29/2010 | 101.00 |
| 1098 | 4/29/2010 | 66.39 |
| 1083 | 4/29/2010 | 50.00 |
| 1094 | 4/29/2010 | 23.68 |
| 1100 | 4/29/2010 | 7.50 |
| 1117 | 4/30/2010 | 955.52 |
| 1088 | 4/30/2010 | 162.37 |

| | | | |
|---|---|---|---|
| TOTAL OUTSTANDING CHECKS: | | | 16,912.40 |

Bank statement Adjustments:

Explanation of Adjustments-

| | | | |
|---|---|---|---|
| ADJUSTED BANK BALANCE: | | | $34,655.34 |

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

CASH RECEIPTS AND DISBURSEMENTS
PAYROLL ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS            34,173.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL            33,999.74
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                              173.26

4.  RECEIPTS DURING CURRENT PERIOD:                               23,600.00
    (Transferred from General Account)

5.  BALANCE:                                                      23,773.26

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                          23,736.17

7.  ENDING BALANCE:                                                 37.09

8.  PAYROLL Account Number(s):                    102485133

    Depository Name & Location:            Santa Barbara Bank & Trust
                                           2010 Mission Dr. Solvang, CA  93463

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/8/2010 | 17 | Hernandez, Valentin | Payroll | 292.00 |
| 4/8/2010 | 18 | Hernandez, Valentin | Payroll | 804.83 |
| 4/8/2010 | 19 | Jimenez, Melquiades A | Payroll | 912.50 |
| 4/8/2010 | 20 | Roth, Michael B. | Payroll | 2,334.56 |
| 4/8/2010 | 21 | Waye, Harry | Payroll | 1,242.00 |
| 4/8/2010 | 22 | Waye, Jennifer | Payroll | 1,517.30 |
| 4/8/2010 | 23 | Zahoudanis, Constantine | Payroll | 3,596.54 |
| 4/22/2010 | 24 | Hernandez, Valentin | Payroll | 292.00 |
| 4/22/2010 | 25 | Hernandez, Valentin | Payroll | 804.83 |
| 4/22/2010 | 26 | Jimenez, Melquiades A | Payroll | 912.50 |
| 4/22/2010 | 27 | Perez, Cesar R. | Payroll | 566.67 |
| 4/22/2010 | 28 | Pina, Jose M. | Payroll | 640.58 |
| 4/22/2010 | 29 | Salazar, Virgilio M. | Payroll | 714.49 |
| 4/22/2010 | 30 | Roth, Michael B. | Payroll | 2,737.53 |
| 4/22/2010 | 31 | Waye, Harry | Payroll | 1,242.00 |
| 4/22/2010 | 32 | Waye, Jennifer | Payroll | 1,517.30 |
| 4/22/2010 | 33 | Zahoudanis, Constantine | Bank Fee | 3,596.54 |
| 4/30/2010 | EFT | SBBT | Bank Fee | 12.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD | 23,736.17 |

PAYROLL ACCOUNT

| | | |
|---|---|---|
| Bank statement Date: | 4/1-30/10 | Balance on Statement: |  $1,392.16 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| TOTAL DEPOSITS IN TRANSIT | _____ | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 29 | 4/22/2010 | 714.49 |
| 28 | 4/22/2010 | 640.58 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:**                                           1,355.07

Bank statement Adjustments:                                           _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                           $37.09

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I.  CASH RECEIPTS AND DISBURSEMENTS
C.  TAX ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                    13,402.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX                        13,125.59
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                      276.41

4.  RECEIPTS DURING CURRENT PERIOD:                                      23,060.00
    (Transferred from General Account)

5.  BALANCE:                                                            23,336.41

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                 23,283.41

7.  ENDING BALANCE:                                                         53.00

8.  TAX Account Number(s):                                    102485141

    Depository Name & Location:              Santa Barbara Bank & Trust
                                             2010 Mission Dr. Solvang, CA  93463

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/15/2010 | 1007 | EDD | State Payroll Taxes | 764.51 |
| 4/14/2010 | 1008 | SBBT | Fed Payroll Taxes | 3,741.33 |
| 4/15/2010 | 1009 | State of CA | Sales Taxes | 8,231.96 |
| 4/15/2010 | 1010 | State of CA | Sales Taxes | 467.40 |
| 4/28/2010 | 1011 | EDD | State Payroll Taxes | 3,099.93 |
| 4/28/2010 | 1012 | SBBT | Fed Payroll Taxes | 3,813.28 |
| 4/28/2010 | 1013 | State of CA | Sales Taxes | 3,153.00 |
| 4/30/2010 | EFT | SBBT | Bank Fee | 12.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD | 23,283.41 |

TAX ACCOUNT
BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 4/1-30/10 | Balance on Statement: | $6,305.93 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1013 | 4/28/2010 | 3,153.00 |
| 1011 | 4/28/2010 | 3,099.93 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                        6,252.93

Bank statement Adjustments:                                    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                            $53.00

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 34,655.34 |
| Payroll Account: | 37.09 |
| Tax Account: | 53.00 |
| *Other Accounts: | |
| | |
| | |
| *Other Monies: | |
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**                              34,745.43

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |

**TOTAL PETTY CASH TRANSACTIONS:**                      0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

### III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax:    105,566.09
Total Wages Paid:    30,356.04

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 0.00 | 0.00 | |
| State Withholding | 0.00 | 0.00 | |
| FICA- Employer's Share | 0.00 | 0.00 | |
| FICA- Employee's Share | 0.00 | 0.00 | |
| Federal Unemployment | 0.00 | 0.00 | |
| Sales and Use | 9,237.03 | 0.00 | |
| Real Property | 0.00 | 0.00 | |
| Other: | | | |
| TOTAL: | 9,237.03 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
| | | Pre-Petition | Post-Petition |
| 30 days or less | 34,809.69 | | 45,500.56 |
| 31 - 60 days | 4.39 | | 17,019.14 |
| 61 - 90 days | | | 32,684.84 |
| 91 - 120 days | | | |
| Over 120 days | | | |
| TOTAL: | 34,814.08 | 0.00 | 95,204.54 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | One Beacon | 7.1 Million | 12/5/2010 | 5/5/2010 |
| Worker's Compensation | Zenith | 1 Million | 12/5/2010 | 4/30/2010 |
| Casualty | | | | |
| Vehicle | Mercury | | | 5/1/2010 |
| Others: Health | | | | |
| Homeowners | Firemans | 3.3 Million | 9/22/2010 | 5/19/2010 |
| Wine Bond | TWIW | 30,000 | 3/10/2011 | 5/10/2010 |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 3/31/10 | 129,759.70 | 975.00 | 4/15/10 | 975.00 | 0.00 |
| | | 650.00 | 4/29/10 | 650.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | 1,625.00 | | 1,625.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Constantine Alexis Zahoudanis | 2/18/2010 | 10,000 per month | 9,230.76 |
| Coda Development | 4/9/2010 | 4,500 per month | 4,500.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

1:04 PM
Deimos Vineyards and Winery
05/14/10
## Profit & Loss
Accrual Basis
### April 2010

|                                    | Apr 10      |
|------------------------------------|------------:|
| **Ordinary Income/Expense**        |             |
| **Income**                         |             |
| Wine Sales                         | 112,562.93  |
| Wine Discounts                     | -7,871.64   |
| Wine Sales - Nontaxable            | 144,627.07  |
| Wine Discounts - Nontaxable        | -56,343.11  |
| Non Wine Sales                     | 876.00      |
| Non-Wine Discounts - Nontaxable    | -1.20       |
| Tasting Fees Sales                 | 3,117.12    |
| Shipping and Delivery Income       | 10,618.08   |
| **Total Income**                   | 207,585.25  |
|                                    |             |
| **Gross Profit**                   | 207,585.25  |
| **Expense**                        |             |
| Advertising and Promotion          | 250.00      |
| Automobile Expense                 | 848.74      |
| Bank Service Charges               | 88.10       |
| Cash Over/Short                    | -1.93       |
| Computer and Internet Expenses     | 1,217.00    |
| Donations                          | 180.00      |
| Dues and Subscriptions             | 75.00       |
| Equipment Rental                   | 171.00      |
| Event Fees                         | 50.00       |
| Freight and Shipping Costs         | 5,109.39    |
| Gas                                | 2,447.22    |
| Insurance Expense                  | 4,867.86    |
| Landscaping                        | 5,364.66    |
| Licences and Permits               | 1,047.29    |
| Meals and Entertainment            | 864.67      |
| Merchant Account Fees              | -488.13     |
| Office Supplies                    | 767.49      |
| Outside Services                   | 3,121.04    |
| Payroll Expenses                   | 30,356.04   |
| Payroll Taxes                      | 2,322.20    |
| Postage and Delivery               | 139.05      |
| Professional Fees                  | 19,740.00   |
| Rent Expense                       | 1,001.55    |
| Repairs and Maintenance            | 1,091.07    |
| Special Events                     | 618.62      |
| Supplies                           | 411.24      |
| Taxes                              | 467.40      |
| Taxes - Property                   | 35,328.16   |
| Tasting Room Expenses              | 2,327.74    |
| Telephone Expense                  | 384.17      |
| Travel Expense                     | 283.00      |
| Utilities                          | 4,298.41    |
| **Total Expense**                  | 124,748.05  |
|                                    |             |
| **Net Ordinary Income**            | 82,837.20   |
|                                    |             |
| **Net Income**                     | 82,837.20   |

1:05 PM                                     Dmeolicau Vieelvyaard Baageel Woideky

05/14/10                                    **Balance Sheet**

Accrual Basis                               **As of April 30, 2010**

|                                          | Apr 30, 10 |
|------------------------------------------|-----------:|
| **ASSETS**                               |            |
| Current Assets                           |            |
| Checking/Savings                         |            |
| Checking - Operating - 5125              | 34,655.34  |
| Checking - Payroll - 5133                | 37.09      |
| Checking - Tax - 5141                    | 53.00      |
| **Total Checking/Savings**               | 34,745.43  |
| Accounts Receivable                      |            |
| Accounts Receivable                      | 95,204.54  |
| **Total Accounts Receivable**            | 95,204.54  |
| Other Current Assets                     |            |
| Undeposited Funds                        | 501.71     |
| **Total Other Current Assets**           | 501.71     |
| **Total Current Assets**                 | 130,451.68 |
| Other Assets                             |            |
| Inventory - Grapes                       | 15,000.00  |
| Equipment                                | 7,572.37   |
| Vineyard/Winemaking Expenses             | 10,781.30  |
| **Total Other Assets**                   | 33,353.67  |
| **TOTAL ASSETS**                         | **163,805.35** |
| **LIABILITIES & EQUITY**                 |            |
| Liabilities                              |            |
| Current Liabilities                      |            |
| Accounts Payable                         |            |
| *Accounts Payable                        | 43,547.09  |
| **Total Accounts Payable**               | 43,547.09  |
| Other Current Liabilities                |            |
| Payroll Liabilities                      | 634.89     |
| Sales Tax Payable                        | 9,376.37   |
| **Total Other Current Liabilities**      | 10,011.26  |
| **Total Current Liabilities**            | 53,558.35  |
| **Total Liabilities**                    | 53,558.35  |
| Equity                                   |            |
| Opening Balance Equity                   | 18,347.06  |
| Retained Earnings                        | -127.07    |
| Net Income                               | 92,027.01  |
| **Total Equity**                         | 110,247.00 |
| **TOTAL LIABILITIES & EQUITY**           | **163,805.35** |

XI. QUESTIONNAIRE

|  | No | Yes |
|---|---|---|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:   ___  X
   Utility and insurance payments

|  | No | Yes |
|---|---|---|

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:   X  ___

3. State what progress was made during the reporting period toward filing a plan of reorganization
   Petitioner is preparing financial proforma for submission

4. Describe potential future developments which may have a significant impact on the case:
   None known

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.
   None known

|  | No | Yes |
|---|---|---|

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.   X  ___

I, John Zahoudanis, Member, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

5/14/10
Date

Page 16 of 16

Principal for debtor-in-possession