**BEALL & BURKHARDT**
William C. Beall, State Bar No. 97100
Eric W. Burkhardt, State Bar No. 132812
1114 State Street
La Arcada Building, Suite 200
Santa Barbara, California, 93101
(805) 966-6774, fax (805) 963-5988

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DAZ Vineyards, LLC,<br><br>　　　　　　　　Debtor. | Bk. No. 9:10-bk-10689-RR<br>Chapter 11<br><br>**NOTICE OF INTENTION TO FILE INTERIM FEE APPLICATION**<br><br>Date: September 14, 2011<br>Time: 2:00 p.m.<br>Place: 1415 State Street<br>　　　　Courtroom 201<br>　　　　Santa Barbara, CA 93101 |

TO ALL PROFESSIONALS EMPLOYED IN THE WITHIN CHAPTER 11 ESTATE:

PLEASE TAKE NOTICE that Beall & Burkhardt, attorneys for the debtor, intends to present an Application for Interim Compensation to be heard by the court on September 14, 2011 at 2:00 p.m. in the United States Bankruptcy Court, 1415 State Street, Courtroom 201, Santa Barbara, California, 93101.

Other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided they have filed and served their applications in a timely manner. Unless otherwise ordered by the court, hearings on fee

1

1 | applications will probably not be allowed if scheduled less than
2 | 120 days apart.
3 |                                      Respectfully submitted,
4 | Dated: July 15, 2011                 BEALL & BURKHARDT
5 |
6 |                                      By: /s/ William C. Beall
7 |                                      William C. Beall, Attorneys
  |                                      for Debtor, DAZ Vinevards, LLC

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1114 State Street Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document described as **NOTICE OF INTENTION TO FILE INTERIM FEE APPLICATION**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 15, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- William C Beall    artyc@aol.com, bbassist@beallandburkhardt.com;carissa@beallandburkhardt.com
- Craig C Chiang    cchiang@buchalter.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Karen L Grant    kgrant@silcom.com
- Gary M Kaplan    gkaplan@fbm.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Thomas B Watson    watsont@hdlitigation.com
- Diane C Weil    dcw@dcweillaw.com
- Jason R Wolf    jwolf@dl.com    ☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **July 15, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Sorenson & Sorenson
2027 Village Lane
Suite 203
Solvang, CA 93463    ☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **Fill in Date Document is Filed,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/15/11 | William C. Beall | /s/ William C. Beall |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**